PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Feb 23, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ZIMNAKO SALAH,<br><br>　　　　　　Defendant. | CASE NO. 2:24-mj-0020 JDP<br><br>[PROPOSED] ORDER UNSEALING REDACTED COMPLAINT, ARREST WARRANT, AND AFFIDAVIT |

　　Upon application of the United States of America and good cause having been shown,

　　IT IS HEREBY ORDERED that the redacted complaint, arrest warrant, and affidavit in the above-captioned matter be, and are, hereby ordered unsealed. The unredacted complaint, arrest warrant, and affidavit shall remain sealed but may be produced to counsel for the defense pursuant to the government's discovery obligations.

Dated: February 23, 2024

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jeremy Peterson_
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Jeremy D. Peterson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE