**FILED**

**Feb 29, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1 | PHILLIP A. TALBERT
United States Attorney
2 | ANGELA L. SCOTT
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 |
6 | Attorneys for Plaintiff
United States of America
7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,

CASE NO. 2:24-CR-0043 KJM

12 |          Plaintiff,

18 U.S.C. 1038(a)(1)(A) – False Information and Hoax

13 |      v.

14 | ZIMNAKO SALAH,

15 |         Defendant.

16 |

17 |

18 | I N D I C T M E N T

19 |    The Grand Jury charges: T H A T

20 |        ZIMNAKO SALAH,

21 | defendant herein, on or about November 12, 2023, in Placer County, in the State and Eastern District of

22 | California, did knowingly engage in conduct with the intent to convey false and misleading information,

23 | under circumstances where such information might reasonably have been believed, and where such

24 | information indicated that an activity was taking and would take place that would constitute a violation

25 | of Chapter 40 of Title 18 of the United States Code, to wit: SALAH knowingly affixed a backpack to a

26 | toilet in the restroom of a church in Roseville, California with the intent to convey the

27 | ///

28 | ///

INDICTMENT

1

1   false and misleading information that the backpack contained a bomb in violation of Title 18, United

2   States Code, Section 844(i), all in violation of Title 18, United States Code, Section 1038(a)(1)(A).

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

*No.* _ _ _ _ _ _ _ _ _ _   2:24-CR-0043 KJM

---

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

SALAH, ZIMNAKO

---

I N D I C T M E N T

**VIOLATION(S):**   18 U.S.C. 1038(a)(1)(A) – False Information and Hoax

---

*A true bill,*

## /s/ Signature on file w/AUSA

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ 29th _ _ _ _ _ _ _ _ *day*

*of* _ _ _ February _ _ _ _ _ _ _ _ _ _ *, A.D. 20* 24 _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ /s/ Jonathan Anderson _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

---

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _    No process necessary

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
U.S. Magistrate Judge

---

GPO 863 525

## United States v. Zimnako SALAH
### Penalties for Indictment

**Defendants**
**ZIMNAKO SALAH**        2:24-CR-0043 KJM


**COUNT 1:**              **ZIMNAKO SALAH**

VIOLATION:        18 U.S.C. § 1038 – False Information and Hoaxes

PENALTIES:        Maximum five-year term of imprisonment
                  Maximum $250,000 fine or both fine and imprisonment
                  Maximum three-year term of supervised release


SPECIAL ASSESSMENT: $100 (mandatory)