1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA OREN, #297100
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax: 916-498-5710

5  Attorney for Defendant
   ZIMNAKO SALAH

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              )  Case No.  2:24-cr-0043-KJM
                                           )
11          Plaintiff,                      )  SALAH'S NOTICE AND MOTION FOR
                                           )  BAIL REVIEW PURSUANT TO 18 U.S.C. §
12  v.                                      )  3142
                                           )
13  ZIMNAKO SALAH,                          )
                                           )  Date:   June 12, 2024
14          Defendant.                      )  Time:   2:00 p.m.
                                           )  Judge:  Hon. Carolyn K. Delaney
15                                          )

16  _____

17  TO:  UNITED STATES ATTORNEY PHILLIP TALBERT AND ASSISTANT UNITED
    STATES ATTORNEY ANGELA SCOTT:

18          **PLEASE TAKE NOTICE THAT** on June 12, 2024, at 2:00 p.m. or at such time as

19  determined by the Court, defendant, ZIMNAKO SALAH, through his attorney NOA OREN, of

20  the Office of the Federal Defender, hereby moves for a bail review hearing to consider new

21  information material to the evaluation of conditions of release from custody.

22

23  I.      **MOTION**

24          Mr. Salah moves for release pending resolution of the charges in the above-captioned

25  case, pursuant to 18 U.S.C. § 3142.  He is charged by indictment with a sole count of False

26  Information and Hoax, in violation of 18 U.S.C. § 1038(a)(1)(A).  Mr. Salah has entered a not

27  guilty plea to the charge.

28

Mr. Salah was ordered detained following his initial appearance on April 5, 2024. Mr. Salah now seeks to have the matter of bail reviewed based upon new information presented herein, specifically that he can live with his mother in Arizona on home detention pending trial.

## II.   NEW AND MATERIAL INFORMATION

Mr. Salah's mother lives in Arizona, where she resided for over twenty years with Mr. Salah. She is willing to sign a bond for Mr. Salah as well as acting as a surety and being a third-party custodian.

## III.   THERE EXISTS A COMBINATION OF CONDITIONS THAT CAN BE FASHIONED TO REASONABLY MITIGATE FLIGHT AND DANGER

Mr. Salah lacks significant resources for a bond, but his mother is willing to sign an unsecured bond in any amount deemed appropriate by the Court. He is willing to abide by location monitoring and to be confined to his residence absent permissible exceptions as determined by this Court. His mother is willing to serve as third-party custodian and report any violations to the Court.

Mr. Salah and his mother are willing to comply with any degree of internet restriction or monitoring the Court deems necessary and to remain inside of his home when not at an approved exception to a home detention condition.

## IV.   CONCLUSION

Mr. Salah respectfully requests that this Court reopen the matter of detention and order his release on the conditions proposed herein.

////

////

/////

////

*United States v. Salah*
Motion for Bail Review

1    Dated: June 5, 2024                     Respectfully submitted,

2                                            HEATHER E. WILLIAMS
                                             Federal Public Defender
3
                                             */s/ Noa Oren*
4                                            NOA OREN
                                             Assistant Federal Defender
5                                            Attorney for Defendant
                                             ZIMNAKO SALAH
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28