PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ZIMNAKO SALAH,<br><br>　　　　　　　Defendant. | CASE NO. 2:24-CR-00043-KJM<br><br>STIPULATION TO ADVANCE BAIL REVIEW HEARING; [PROPOSED] FINDINGS AND ORDER<br><br>CURRENT DATE: July 3, 2024<br>TIME: 2:00 p.m.<br><br>PROPOSED DATE: July 1, 2024<br>TIME: 2:00 p.m.<br><br>COURT: Hon. Jeremy D. Peterson |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant ZIMNAKO SALAH ("defendant"), by and through defendant's counsel of record, hereby stipulate as follows:

1. On June 5, 2024, defendant filed a motion for bail review. Dkt. 21.

2. At a hearing on June 20, 2024, the Court appointed Mr. Michael Heumann to represent defendant and relieved defendant's prior counsel. At that hearing, the Court continued defendant's bail review hearing to July 3, 2024, at 2:00 p.m., on the magistrate judge duty calendar.

3. Counsel for the government has a conflict on July 3, 2024, involving a medical

1  appointment for a family member.

2      4.    Defendant does not object to advancing the bail review hearing to July 1, 2024, at 2:00
3  p.m. to accommodate government counsel's appointment.

4      5.    By this stipulation, the parties now move to advance the status conference to July 1,
5  2024, at 2:00 p.m.

6      IT IS SO STIPULATED.

Dated: June 27, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ANGELA L. SCOTT
ANGELA L. SCOTT
Assistant United States Attorney

Dated: June 27, 2024

/s/ MICHAEL HEUMANN per email authorization
MICHAEL HEUMANN
Counsel for Defendant
ZIMNAKO SALAH

### [~~PROPOSED~~] ORDER

IT IS SO FOUND AND ORDERED this 28th day of July, 2024.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO ADVANCE BAIL REVIEW HEARING    2