1  PHILLIP A. TALBERT
   United States Attorney
2  ANGELA L. SCOTT
   Assistant United States Attorney
3  United States Attorney's Office
   501 I Street, Suite 10-100
4  Sacramento, CA. 95814
   Telephone: (916) 554-2700
5  angela.scott3@usdoj.gov

6  KRISTEN CLARKE
   Assistant Attorney General, Civil Rights Division
7  CHRISTOPHER J. PERRAS
   Special Litigation Counsel
8  SARAH HOWARD
   Trial Attorney
9  U.S. Department of Justice
   950 Pennsylvania Avenue NW
10 Washington, DC 20530
   Telephone: (202) 353-5939
11 christopher.perras@usdoj.gov
   Telephone: (202) 353-5871
12 sarah.howard2@usdoj.gov

13 Attorneys for Plaintiff
   United States of America

14

**FILED**

**Jul 25, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

15              IN THE UNITED STATES DISTRICT COURT

16                 EASTERN DISTRICT OF CALIFORNIA

17

18 UNITED STATES OF AMERICA,          CASE NO.  2:24-CR-0043 KJM

19                    Plaintiff,       18 U.S.C. 1038(a)(1)(A) – False Information and
                                       Hoax; 18 U.S.C. 247(A)(2) – Obstruction Of Persons In
20              v.                      The Free Exercise Of Religious Beliefs

21 ZIMNAKO SALAH,

22                    Defendant.

23

24

25              S U P E R S E D I N G   I N D I C T M E N T

26

27

28

COUNT ONE: [18 U.S.C. § 1038(a)(1)(A) – False Information and Hoax]

The Grand Jury charges:

ZIMNAKO SALAH,

defendant herein, on or about November 12, 2023, in Placer County, in the State and Eastern District of California, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information might reasonably have been believed, and where such information indicated that an activity was taking and would take place that would constitute a violation of Chapter 40 of Title 18 of the United States Code, to wit:  SALAH knowingly affixed a backpack to a toilet in the restroom of a church in Roseville, California with the intent to convey the false and misleading information that the backpack contained a bomb in violation of Title 18, United States Code, Section 844(i), all in violation of Title 18, United States Code, Section 1038(a)(1)(A).

COUNT TWO: [18 U.S.C. 247(a)(2) – Obstruction Of Persons In The Free Exercise Of Religious Beliefs]

The Grand Jury further charges: T H A T

ZIMNAKO SALAH,

defendant herein, on or about November 12, 2023, in Placer County, in the State and Eastern District of California, did knowingly and intentionally obstruct and attempt to obstruct by threat of force the congregants of a church in Roseville, California, in the enjoyment of their free exercise of religious beliefs.  Specifically, SALAH knowingly affixed a backpack to a toilet in the restroom of that church in order to convey a bomb threat and thereby obstruct the church's congregants in the enjoyment of their free exercise of religious beliefs.  This offense was in and affected interstate and foreign commerce, and the acts committed in violation of this offense included the threatened use of a dangerous weapon and explosives, all in violation of Title 18, United States Code, Section 247(a)(2) and (d)(3).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

### SPECIAL FINDING

2     The Grand Jury further charges THAT:

3                         ZIMNAKO SALAH,

4     defendant herein, intentionally selected the victims of his violation of 18 U.S.C. § 247(a)(2) and (d)(3),

5     as charged in Count Two of this Superseding Indictment, because of their actual and perceived religion.

6

7

8                                              A TRUE BILL.

9                                    **/s/ Signature on file w/AUSA**

10

11                                    _____
                                      FOREPERSON

12    PHILLIP A. TALBERT
13    United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2:24-cr-0043 KJM

*No.* _ _ _ _ _ _ _ _ _ _

---

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

### ZIMNAKO SALAH

---

### I N D I C T M E N T

**VIOLATION(S):**  18 U.S.C. 1038(a)(1)(A) – False Information and
Hoax; 18 U.S.C. 247(A)(2) – Obstruction Of Persons In
The Free Exercise Of Religious Beliefs

---

*A true bill,*

## /s/ Signature on file w/AUSA

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ 25th _ _ _ _ _ _ _ *day*

*of* _ _ July _ _ _ _ _ _ _ _ *, A.D. 20*24 _ _ _

/s/ Jenny Wood
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

---

*Bail, $*  No further process necessary.
_ _ _ _ _ _ _ _ _ _ _ _ _

July 25, 2024 _ _ _ _ _ _ _ _ _ _ _ _

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**United States v. Zimnako SALAH**
**Penalties for Indictment**

**Defendants**
**ZIMNAKO SALAH**

**COUNT 1:**          **ZIMNAKO SALAH**

VIOLATION:          18 U.S.C. § 1038 – False Information and Hoaxes

PENALTIES:          Maximum five-year term of imprisonment
                    Maximum $250,000 fine or both fine and imprisonment
                    Maximum three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 2:**          **ZIMNAKO SALAH**

VIOLATION:          18 U.S.C. § 247(a)(2) – Obstruction of Persons in the Free Exercise of
                    Religious Beliefs

PENALTIES:          Maximum 20-year term of imprisonment
                    Maximum $250,000 fine or both fine and imprisonment
                    Maximum three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)