# Exhibit 1

File Number: ██████████

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



2001 Freedom Way
Roseville, CA 95678

| | |
|---|---|
| Requesting Official(s) | SA Jessi Graff |
| Requesting FO / RA | SCHQ |
| Case Number: | 266O-SC-3840544 |
| File Name: | Working Copy |
| Date: | 11/21/2023 |
| Transcriber(s) | SP 54 / Sacramento / SCFO |

## VERBATIM TRANSCRIPTION

**Participants**

| | | | | |
|---|---|---|---|---|
| BE | Badr Elkhannoussi | | **Abbreviations** | |
| JB | Jacob Bailey | | UI: | Unintelligible |
| SZ | Salah Zimnako | | OV: | Overlapping Voice |
| UF | Unidentifiable Female | | PH | Phonetic pronunciation |

0
**UNCLASSIFIED**

UNCLASSIFIED

File Number: ███████████

---

[Beginning of Recording 00:00:00]

BE: Mkay Salah. Um, thank you for being polite and cooperative. We really appreciate that. Um, just so we're clear, right you-y-you-you agreed to speak with us? Today, right? You invited us to your home.

SZ: [OV] Appreciate it, yes [UI].

SZ: [OV] Yes.

BE: Um, we appreciate it. So, you said that you live here?

SZ: Uh, I live here with my mom, but my mom she's not here right now.

BE: [OV] Since--

BE: Where is she?

SZ: Uh, she go back to visit some family.

BE; Where?

SZ: Uh, in Iraq.

BE: Iraq. Where in Iraq?

SZ: [OV] Yes.

SZ: Uh, in Slemani.

BE: Slemani.

SZ: Yes.

BE: Okay. Um, how far away is that from, um, from Baghdad?

SZ: Oh it's way far. Yeah.

BE: Wha--yeah.

SZ: It's--you know I've never been to Baghdad but it's far [UI].

---

1
**UNCLASSIFIED**

File Number: █████████████

BE: Oh, okay.
BE: Yeah. Um, but you've--you're from--

SZ: That's what I'm--I'm Kurdish.

BE: Kurdish?

SZ: Yes.

BE: Okay. Okay.

SZ: [OV] Okay.

BE: So like you're closer to Kirkuk?

SZ: Ehh, close to Kirkuk and Erbil.

BE: Erbil, okay.

SZ: [OV] Yes. Yes.

BE: Okay. Good to know. Um, and is mom coming back or--

SZ: My mom will--you know I, to be honest, this is her decision if come back or--I think she's gonna stay little bit more longer, because the weather is changed right now probably after Christmas have here.

BE: [OV] Oh, yeah.

BE: Yeah, yeah.

SZ: [OV] Yeah.

BE: Okay, well good. Um, any idea why we're talking to you? You know who we are right? Like wh-wh--d--do you know what organization we work with?

SZ: [OV] Yeah. Yes sir, yeah.

SZ: Yes.

2
**UNCLASSIFIED**

UNCLASSIFIED

File Number: ███████████

BE: So, we're with the FBI.

SZ: Yes, sir.

BE: Okay. We're with the FBI. And um, again any idea why we're here?

SZ: I do not, no clue.

BE: No?

SZ: To be honest.

BE: Okay. No problem, and that's why we're here right, we just want to clear things up and make sure that, um…our--our biggest, one of our biggest priorities as an organization is the safety of the American people

SZ: [OV] Yes, sir.

SZ: Absolutely.

BE: Right, like we wanna keep this country safe, uh and the people of this country safe. Um, sometimes things happen and then if they're left unexplained, right, um it can just put some people um out of uh, you know, a position of um, people can be uneasy about certain things, right? And that's what we want alright.

SZ: [OV] Yes.

BE: I'm gonna ask one thing of you, okay?

SZ: Yes.

BE: I wanna help you, Salah. Believe me when I tell you this, okay? I really do. The only way I can do that, if you're honest with me.

SZ: I have not lying anything--

BE: Okay, n--no you haven't, you've been great and I appreciate that. Now, if I suspect that you're lying to me, okay, I'm-I'm gonna stop helping you.

SZ: Yes, sir.

3
**UNCLASSIFIED**

UNCLASSIFIED

File Number: ████████████

BE: Okay. Can we agree on that?

SZ: Yes, sir.

BE: Okay good. Um, have you had any travel, uh recently?

SZ: Travel?

BE: Yeah.

SZ: To where?

BE: Outside of the state Arizona.

SZ: It's uh travel to San Diego.

BE: San Diego.

SZ: Yes.

BE: When?

SZ: Uh, last week.

BE: Okay.

SZ: Yeah.

BE: Why'd you go there?

SZ: I just, to be honest, I was just going to look for a job.

BE: okay.

SZ: Yeah.

BE: Alright. Um, what kind of job were you looking for.

SZ: I will just tried anything to be honest. At the store, at the--just little bit you know, to chance to go to better mood. You know, to chance to the weather, to [UI]

**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: ███████████

BE: [OV] Okay. Alright.

BE: San Diego is beautiful. I've been there it's really nice.

SZ: Yeah, it's [UI]. Yeah, and uh that's pretty much [UI].

BE: Did--like, did you go apply anywhere?

SZ: Uh, apply for a job?

BE: Yeah.

SZ: Yes, sir. Yeah.

BE: [OV] Where--where'd you apply?

SZ: I apply in uh, a body shop. I went to body shop, I ask him I say I like to do mechanics, you know. Because I know a little bit, you know. And they told me, you can come back. And they--

BE: Do you remember the name of the body shop?

SZ: Uh…

BE: Or where it was? Like--

SZ: It's in El Cajon.

BE: El Cajon. Oh, do you remember like the name of the street or--

SZ: I don't know exactly this street--

BE: How'd you find this body shop?

SZ: I just, you know, I just drove over there and I went couple of. One of them say no problem you can come back, yes.

BE: Okay. And are you planning to go back? To move?

SZ: Uh, I'm seriously, I'd last, like to--to go back over there.

BE: Okay. Okay.

**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: ██████████████

SZ: Yeah.

BE: Um, and then where else? Where else have you been?

SZ: Uh, I've been to Texas.

BE: Okay.

SZ: That's it, yeah.
BE: Anywhere else?

SZ: Uh, Texas, I went one other place…I forgot the name of that one to be honest.

BE: Alright, it's alright. You can tell me the state, if you don't know the town. I mean--

SZ: [OV] Yeah, that's--that's why I did, later than that [UI] the state and uh…[UI]

BE: So what state is San Diego?

SZ: Say--what, like what--what do yo--California.

BE: California, alright. So you went to the state of California and specifically you went to San Diego right?

SZ: [OV] Yeah. Yes. Yes. Yeah.

SZ: Yes, sir. Yeah.

BE: Did you go to any other cities in California other than San Diego before you went to Texas?

SZ: Like, before go to--

BE: Before or like--while you were in the state of California, were--did you visit any other cities other than San Diego? Cause you know, California has a lot of cities.

SZ: Yeah, I went to multo--S-Sacro-Sacromoto--

BE: Sacramento?

SZ: Yes.

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

File Number: ███████████

BE: Okay, you went to Sacramento.

SZ: Yeah, yes.

BE: And what were you doing in Sacramento?

SZ: I just go to, you know, to do the exactly same job because some people say lot of Iraqis over there. You can go--ask and they can give you a job, you know. There is no lie about that, you know, you can you know.

BE [OV] In Sacramento?
SZ: Yeah, yeah I went over there.

BE: Did you find a job in Sacramento by chance?

SZ: Well like I say it's the job, when I went over there I didn't have nobody still. You know, like to go hey chill take a shower get ready stuff like that for next day go look for a job. You know I wouldn't have, I didn't know nobodies, I went to supermarket I ask somebody from somebody--somebody know you, you have a show--go over there and hire and go stop by stop. Yeah.

BE: Okay.

SZ: Yeah. I went to San Diego, Sacramento, and uh, I went to Texas, that's it, yeah.

BE: Okay, um m-d--so you applied at a job in Sacramento?

SZ: [OV] Yep, I apply--I applied for a job, yeah. It was in Sacramento yes, sir.

BE: To--and what kind of job?

SZ:  That's what I was telling you, looking to fix cars you know.

BE: Okay, so you went to a mechanic shop in Sacramento?

SZ: [OV] Yes. Yes.

BE: And--and I don't wanna--I don't wanna be putting words in your mouth.

SZ: [OV] It's k--It's kinda like a--like a dealership but its doing mechanic at the same time.

**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: ███████████

BE: Okay.

SZ: Yeah. You know like buying, selling cars. People uh, buy cars that have little bit problems is have mechanic in the back it can hire me to can do some little bit of repair of the car. Yeah.

BE: [OV] Yeah, yeah.

BE: Gotcha, gotcha. Now um, do you remember the name of the shop?

SZ: I think, you know the--

SZ: You know it's motors, you know, to be honest um…

BE: And who did you speak with?

SZ: I speak with the--with the guy, his name I think Wesaam.

BE: Wesaam?

SZ: Yes.

BE: Was he Middle Eastern?

SZ: Yes, sir.

BE: Where--where was he from?

SZ: Iraqis.

BE: Iraqi?

SZ: Yes.

BE: Do you have Sam's phone number?

SZ: Uhh, Sam's phone number?

BE: It's okay, yeah do you have it?

SZ: I don't have it right in my hand, but it--I went over there direct and he see me face-to-face. Yeah.

**UNCLASSIFIED**
UNCLASSIFIED

UNCLASSIFIED

File Number: ███████████

BE: Spoke with him face-to-face, but he never--you never took his phone number?

SZ: I think I have his phone number but I just gotta look for it here.

BE: Yeah. Do you have it where, in your phone maybe? Or do you have it written somewhere?

SZ: [OV] Uh, I write it down in somewhere, yeah.

BE: Okay.

BE: Um, and you said that you didn't stay in a hotel or anything like that in Sacramento?

SZ: I didn't went over there for a entire month. You know I just went for couple days and uh--

BE: Where'd you sleep?

SZ: To be honest, I sleep in my car.

BE: Okay.

SZ: Yeah, there's you know that's why you see the breath stuff in there.

BE: Yeah.

SZ: Yeah.

BE: Yeah, that's okay. Um, anything, anything else happened? Either in San Diego--or before we move on, in San Diego what was the name of the guy you spoke with?

SZ: The guy…

BE: Of the shop where you applied in San Diego.

SZ: Oh, the one i--in San Diego?

BE: Yeah.

SZ: Uh, his name Kamal.

BE: Kamal?

UNCLASSIFIED
UNCLASSIFIED

UNCLASSIFIED

File Number: ████████████

SZ: Yes.

BE: Okay. Um, now…In San Diego, and also, in Sacramento, did anything out of the usual happen?

SZ: Like what [UI]

BE: Did anything out of the usual happen?

SZ: I didn't get it like--

BE: Okay. So when you were in San Diego--

SZ: Yes.

BE: Um, and when you were in Sacramento, um, do you remember the days that you were in those uh cities by chance? Like--

SZ: Possible two weeks ago.

BE: Two weeks ago? I though you said it was a week ago?

SZ: No like, it gonna be this week, it gonna be two weeks. Yeah.

BE: [OV] Okay, so--when you say two weeks ago, you're talking about last week?

SZ: Last week, yes. Yeah.

BE: [OV] Okay. Or about two weeks ago?

SZ: Yes, sir.

BE: Um, so when you went to those two cities, um did you--like did you visit like, um, museums did you visit um, like historical places, anything like that?

SZ: I just, yeah, I just w-went yeah, I just went, I went to walking I see look in the stuff, you know I never seen it, the first time.

BE: Yeah.

**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: █████████

SZ: [OV] Yeah.
BE: Can you name of those places that you went to?

SZ: To be honest, I'm not like somebody--just look [UI] look for the you know.

BE: It's okay, can you give me like--w--like an idea of what those places were like.

SZ: The one that I went?

BE: Yeah, like is--I went to the beach, I went to the museum of art, I went to the museum of this, or I went to the zoo. Like what kind of establishments?

SZ: I went to the museum in California, in San Diego.

BE: San Diego, okay.

SZ: Yeah and uh but in Sacramento I didn't move too much, you know what I mean. And I apply for uh, food stamps stuffs over there.

BE: In California? In Sacramento?

SZ: In Sacramento, yes. And uh, I filled out application ask for uh, uh proof of [UI], I had my passport I give it to her. I filled out everything and she said you wait for a call because you just moved here. You basically, you gonna become from Calfornia--

BE: [OV] Right.

SZ: I never got my food stamps stuff to be honest.

BE: Okay.

SZ: Yeah. This is--you know this is all on record.

BE: Yeah, okay. So, you went to San Diego, you to Calif--uh to Sacramento, uh you visited places, you went to the beach in San Diego.

SZ: [OV] Yes. Yes.

BE: Uh, you applied for food stamps in Sacramento.

SZ: [OV] Yes, yes, yes.

**UNCLASSIFIED**

UNCLASSIFIED

File Number: ███████████

BE: Um, but you didn't move a whole lot--

SZ: Well, a-actually I apply in San Diego's too.

BE: Okay, you applied for stamps in San Diego too?

SZ: Food stamp yeah, I went to El Cajon DS [PH] office, I don't know whats it called over there.

BE: Yeah, I don't know either.

SZ: And I applied there, and uh, little bit I change my mind somebody say hey why don't you go to Sacramento they have lot of job there.

BE: Yeah.

SZ: And I say okay, and I went over there and--

BE: Who's that somebody?

SZ: I don't--somebody over there Chaldean guy he told me, you know.

BE: What kind of guy?

SZ: Chal--he's Chaldenean [PH]--Chaldean.

BE: Okay.

SZ: [OV] Yeah, and uh,  I take his word I went over there, and I go look around at the Arabic store stuff. Uh, and like hey you have a shop and I went to that shop, and supposed to be hire me, and actually to be honest over there, I work couple hours over there too like s--probably five hours.

BE: Wher--Where at?

SZ: That shop I'm telling you the one buying selling cars.

BE: Yeah.

SZ: Yeah.

BE: Uh, who--what was the name of the-the owner?

File Number: ▓▓▓▓▓▓▓▓▓▓▓▓▓

SZ: To be--I think its Wussam. I can probably I can I--

BE: [OV] Wussam…Did he pay you in cash?

SZ: Uh to be honest, what happen what I will work over there that day, he didn't--he didn't even feed me anything. No food no water I told him I don't have no place, and I ask him he say come back, come back f--I-I can give you mo--money but I didn't go back. You can--you know I can get a number for you, you can speak with him. You know.

BE: [OV] Okay.

BE: Alright, um, so--I--I hope you don't mind me this, because I'm not um, I treat everybody the same and I fair--I'm fair to everyone. Uh, are you Muslim or Krishna?

SZ: Uh, I'm a Muslim.

BE: Muslim?

SZ: Yes.

BE: Um, Sunni or Shia?

SZ: Uh, I'm Sunni.

BE: Sunni.

SZ: Yes.

BE: Um, and when you were in California did you go--like on Friday, did you go to Jummah by chance?

SZ: I do, yeah.

BE: Oh, you went?

SZ: Yeah, I do, I go to Jummah I go--

BE: Which mosque did you go to?

SZ: Uh, in-in California?

UNCLASSIFIED

File Number: ████████████

BE: Yeah.

SZ: There's a mosque in El Cajon.

BE: El Cajon.

SZ: Yeah, I don't know whats the exactly the name of but its Kurdish people mostly go over there.

BE: Okay.

SZ: It's right uh, it's right at the Broadway Street and…you pass the Second Street and--Broadway and close it--Broadway and Second Street.

BE: Okay, that's-that-that's close enough because we can--

SZ: [OV] Yeah. Yeah-yeah-yeah.

BE: Um, so Broadway and Second Street there--that's the mosque where you went. For f--Friday.

SZ: [OV] Yes. Yes [UI].

SZ: And uh, I--I--not only Friday, I actually when I were over there in my car I get out in the morning I went pray early in the mornings too.

BE: Okay.

SZ: Yeah.

BE: That's probably a good place to wash and you know.

SZ: You know, w--i--well I ask him first, you know usually mosque they let you t--take a shower but it earl--little bit the rules of the mosque keeper and the imam, they didn't let me. And later on, they say hey you can wash your clothes, I bring a bucket I wash my clothes too. You know, i--if somebody go over there probably can recognize me I--I went over there, you know.

BE: [OV] Okay.

BE: Okay.

SZ: Yeah.

**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: ███████████

BE: That's good. Um, that's good. Uh now, um did you go to a church when you were in Sacramento?

SZ: Me?

BE: Yeah.

SZ: Yeah, I was with a friend. Yeah, we were going to one church.

BE: Who was your friend?

SZ: Uh, one of the guy I met him at the gas station.

BE: What's his name?

SZ: I think his name John.

BE: John?

SZ: Yeah.

BE: John what?

SZ: That just the much I know, yeah.

BE: Now, John uhh, y--you know him?  You just met him?

SZ: I just met him to be honest, yeah.

BE: And why'd you go to the church with him?

SZ: He said he--you can go over there and say okay no problem we can go over there. I have no problem with anybodies to be honest.

BE: Yeah, that's fine. I have no problem with anybody either.

SZ: Yeah. You--whatevers religion people have it doesn't bother me, you know.

BE: Me neither.

15
**UNCLASSIFIED**

File Number: █████████████

SZ: Yeah.
BE: Same--same here. Same here. Uh, so why--why'd you go to the church again?

SZ: I just went with him. Yeah, that's it you know. He said he can give you clothes stuff have lot uh like uh charity stuff and I went over there.

BE: Okay.

SZ: Yeah.

BE: Did you get anything?

SZ: To be honest, he said not this week come back next week but I didn't go back.

BE: Who said that?

SZ: That--the John, he ask somebodies yeah.

BE: So, the John you were with asked somebody--

SZ: Ask somebody said there is any clothes because the weather there was cold to be honest, you know no idea. And I didn't have enough stuff and he went over there and they so okay no problem I see you again. You know, but I never see him again.

BE: [OV] Yeah, yeah yeah.

BE: [OV] Okay.

BE: Anything ellse?

SZ: That's it.

BE: Anything else happen at that church?

SZ: Nothing happen. I mean, nothing you know.

BE: Nothing?

SZ: [OV] What happened? Seriously.

UNCLASSIFIED

File Number: ███████████

BE: Nothing, I'm giving you a chance here Salah. Don't--I-I like--so far you're being very, very honest and I--I want that to stay the entirety of our conversation.
SZ: I am, not good at lie to you nothing not at all.

BE: Yeah, you haven't.

SZ: Yeah.

BE: But right now like, I know you're not telling me the whole truth. About what happened at the church. I need the whole truth.

SZ: [OV] What do you mean? What?

SZ: What happened?

BE: You want me to tell you?

SZ: Yeah.

BE: You sure?

SZ: Yeah.

BE: You don't wanna tell me, you want me to tell you?

SZ: You can say, oh yeah.

BE: You sure about that?

SZ: I'm sure.

BE: I'm giving you a chance to give me your version of what happened…And I just--As long as I haven't said why--

SZ: I don't understand--wh--

BE: You don't understand?

SZ: To be honest, what happened? I want to tell me--

BE: Okay. You showed up with a backpack. Tell me about the backpack. At the church.

UNCLASSIFIED
UNCLASSIFIED

UNCLASSIFIED

File Number: ████████

SZ: What is the backpack? It's in it. It's my clothes and stuff yeah. There's nothing in a backpack. This is backpack I have, yeah. What happened? Backpack not allowed to carried?

BE: No-no-no-no-no-no-nobody said anything about not--not being allowed to carry a backpack. Um, did you go into the church with a backpack?

SZ: I have a small backpack, yes.

BE: You went to the church with a backpack?

SZ: Yes, yeah.

BE: When you left the church, did you leave the church with the backpack?

SZ: I have my backpack. I didn't left anything.

BE: You didn't leave?

SZ: No.

SZ: Nothing.

BE: Salah…

BE: Take a minute. M-maybe because, you know you've been doing a lot of traveling--

SZ: Sir, I have my backpack right here.

BE: I just, I wanna show you something. Okay.

[pause]; [00:18:45-00:19:15]

JB: Salah, this is your--this is your chance t--for us to hear your side of the story. So, if there's anything you're thinking of that you can remember now is the time to say it.

SZ: I don't know, what--what do I say you know I mean--

BE: I'll show you--just--

SZ: [OV] You--

**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: ▬▬▬▬▬▬

SZ: This?

BE: Salah. I hope me showing you this picture, would let you know, that I'm not wasting my time.

SZ: I'm not wasting your time.

BE: Well if--when I have stuff like this, like, again. I just want to understand the things you've done and why. Right? When I ask you "did you go in with a backpack", and you say" yes", and I say "did you leave with a backpack--with a backpack" and you try to play a game words with me--no! Don't--don't do that. Don't do that. Okay?

SZ: [OV] Yeah can you--I'm not p--I'm not playing games sir…

BE: I asked you in the beginning to be honest with you because I want to help you.

SZ: Yes, sir.

BE: Right?

BE: Now, we can either have this conversation as grown adults, and be straight forward with each other, or we can like have a conversation like young children here and I don't want that. I'm not about that. Okay?

SZ: Yes, sir.

BE: Okay. Now, I'm gonna pretend like we just started the conversation about the backpack and what happened in Sacramento. Okay? Salah. Tell me, in detail, please, about your experience at the ch--at the church. What happened there, why you went, all that.

SZ: I just--I just went over there those clothes at the place, you know? Like I said, this guy he told me and that's it.

BE: Okay. Did you go to the church with a backpack?

SZ: What that church?

BE: Yeah, the church in Sacramento. In Roseville, California. Did you go to the church in a backpack--with a backpack on?

SZ: My backpack, yes. Small one, yeah.

19
**UNCLASSIFIED**

UNCLASSIFIED

File Number: ██████████

BE: [OV] Yeah.

BE: Why did you leave the backpack in the bathroom?

SZ: That's not mine, that one.

BE: That's not your backpack?

SZ: That's not my backpack. Show me when I was carrying this.

SZ: I have the blue one and the black one. I think I--I carried the blue one.

BE: You--you didn't say--y--you didn't say just a little bit ago, that-that was your backpack when I showed it to you?

SZ: No-no let's see--let's-let's take a l--

BE: The backpack I showed you, when I showed it to you, you said it was your backpack right?

SZ: Yes.

BE: Okay. So, a backpack that you recognized and you said it's your backpack, it's somewhere else. But then you're--you're saying--

SZ: So, I don't have nothing to hide it from you.

BE: Yeah. Just it's-it's--

SZ: I'm not a bad person. I've never done anything in my entire life--

BE: I'm not saying you are. I'm not saying you are. But I need to figure this out. I need try and send your reason behind doing this.

SZ: Doing what?

BE: M'kay. Is this your backpack, or no?

SZ: This backpack? That's not my backpack.

BE: Is that--like that's how you wanna leave this?

20
**UNCLASSIFIED**
UNCLASSIFIED

UNCLASSIFIED

File Number: ██████████

SZ: You know let me ta--take a look again.

BE: [OV] Yeah, please take another look.

SZ: You know what to be honest, I can't s--tell this one.

BE: Oh no, its because--you know you can actually zoom in.

SZ: This is not mine. I'm telling you.

BE: I don't understand why you would th--

BE: This is what you were wearing when you went to the church, right?

BE: Don't think that you can fool me, because it's not as clear, like as a 3-D clear picture here, because I have the video. Okay, so y--if you see this, this means this is--there's video. Okay? Now, Salah--hold on--ah, ah--

SZ: So maybe there's ten people look like me.

BE: Ten people that look like you?

SZ: Possible.

BE: Really?

SZ: I'm not sure, I possible.

BE: I'm not sure either. But what I'm sure of, is that this is you. That's I'm--that's what I'm sure of. I'm sure of that. And you know what else I'm sure of? Is that backpack, is yours. And I don't know why you trying to hide that or you try--

SZ: So why do I'm lying to you?

BE: I don't know.

SZ: What's the point of it.

BE: I don't know. I don't know.

**UNCLASSIFIED**
UNCLASSIFIED

UNCLASSIFIED

File Number: █████████

SZ: You have the backpack, what is inside of it, let's see.
BE: Well the--the backpack is in California, I don't have it here, because you left it in California.

SZ: Sir, I never do anything like this. There's no reason.

BE: Really. And that's what I'm tryna understand like--

SZ: What I'm gonna get from that? What benefit am gonna get? What stuff? You tell me, you figured it out, yeah.

BE: Good question. I'm try--I'm trying to figure that out.

SZ: See you kinda like accusing me for something.

BE: Ah there--there--no this is not an accusation. This isn't--No, I'm not accusing you. What--

SZ: So, what is inside?

BE: Uh, you don't know?

SZ: No.

BE: You don't know?

SZ: No, tell me.

BE: Ahaha. It was-it was a pillowcase, it was a pillow inside the backpack. It was nothing, nothing crazy. Somebody tried to make it look like it, but it wasn't anything like that.

SZ: Somebody, you think it's me, I do stuff like this?

BE: I think so, yeah.

SZ: Well thank you very much.

BE: I-I--there's nothing to thank me for. Um, like I told you in the beginning, you could help your situation a whole lot, a whole lot. If you can explain to me, the circumstances that led you to leave a backpack in a church bathroom.

JB: Help us understand.

**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: ████████████

SZ: Sir.
BE: Hm?

SZ: I never do anything like this. Never. Doesn't matter is-s small big whatever you name it. I don't do stuff like this.

BE: You don't do stuff like this?

SZ: Nothin. Nothing.

BE: So, you're saying that's not your backpack? When, first you said it was your backpack?

SZ: I never said that, go back to the record.

BE: Okay, I will--I will do that.

SZ: Yeah, we can listen to it right now.

BE: So, you're saying it's not your backpack.

SZ: It--that's not mine.

BE: That's not your backpack?

SZ: No.

BE: Now just entertain me here, if I go the extent of sending that backpack to the FBI lab, okay? Now, the lab would analyze the backpack and take fingerprints and DNA.

SZ: No problem.

BE: And we come back that your fingerprints and your DNA are in that backpack. Then, then what?  Like what are you gonna say?

SZ: [OV] I--

SZ: You can do it. Yeah, I'm here. Anytimes.

BE: And if your DNA's on--is on that--that backpack like what--what--what do you think your explanation is going to be?

**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: ███████████

SZ: So, what is in the backpack?
BE: There was nothing in the backpack.

SZ: So, what? Why do I have to be responsible for something is never in?

BE: Because, if it's your backpack I wanna understand why would you do something like that?

BE: Haley, can you please take this and just tell him that we're in the middle of uh--

SZ: I don't do stuff like this sir. You can send it to anywheres.

BE: So um, here's the thing. Here's w--like--I just want you to understand something. You denying and saying no that's not my backpack, no that's not me, could be ten guys that look like me--it like--

SZ: I--I told you every little word I'm-- I have to--I've done over there.

BE: I know, I know, but, like you denying like this is not me, this is not my backpack, when I know--like I would--I wouldn't be good at what I--

SZ: [OV] No I didn't deny it, yeah I said, just like it's the picture is not so clear to be recognized to be honest.

BE: Okay.

SZ: Yeah.

BE: So you--you're--now you're saying that that's you?

SZ: No, just it's a--let's take a look at again yeah. Let's take a look at again.

BE: Take a look at which one do you wanna look at?

SZ: The one you just show me the picture of.

BE: Of you, or of the backpack?

SZ: Let's see me. Let's see

SZ: I wear red's, al--all--all days over there.

24
**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: ████████████

[pause]; [00:31:00-00:31:29]

SZ: It me?

BE: This is you.

SZ: Possible.

BE: Hm?

SZ: I never wear shirt like this.

BE: (laughs)

SZ: Seriously. Ah its kinda like photoshop stuff that's what.

BE: Photoshop!? C'mon, Salah. C'mon.

SZ: [OV] Shot whatever.

BE: Are you serious? Do you think I'm gonna waste your time and waste my time here to photoshop a picture?

SZ: [OV] I—I--. No, let's go, let's go. Take me to jail, whatever you have take me over there. Appreciate it.

BE: I wanna—no. No-no-no-no-no-no. No. Like I—that's not—If you remember what I told you in the beginning, I'm not tryna jam you up.

SZ: [OV] Yeah.

SZ: You come to my house, I give you hundred percent respect. You scare uh—respectfully to say that, scare the shit outta me, because I never been stuff like this. I give you every little honest word, and you tell me I'm w—yes, I am Muslim I am Sunni, I've been to mosque, I've been to San Diego, I went in exactly the way you see me. In a lot of pictures if you have picture you should me like this all red. You know, and uh somebody left a ba—backpacks over there, you can blame on me that's not me.

BE: I'm not blaming you.

SZ: Million people can go with a backpacks and be in at the same time with the backpack it's not mine.

25
**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: ████████████

BE: [OV] Yes.

BE: Yeah, it's—million people can do that, but only one person that looks like you, only one person can go in with a backpack and leave without a backpack. And only one person can be seen on video surveillance going into the bathroom area, with a backpack, and then leaving without a backpack.

SZ: [OV] [UI].

BE: You see, I would've respected like—the-the-the-the explanation of "I was tired, I don't know what I was thinking, I for—I didn't realize that I forgot my backpack in there, I went to use the bathroom"—

SZ: You know to be honest, it's—it like I say is, I have that blue one right in that—that in this one. And a black one and, but the black one I don't know what I can put it, ah you know.  But this backpack is not mine.

BE: This backpack is not yours?

SZ: That's not mine. It's not mine.

BE: What about the person in the picture? The person in the picture, can we agree that that's you?

SZ: I can't say.

BE: You can't say? Y-you s--you admitted to being in that church right!

SZ: Uh, it's-it's-it's o--

BE: You and the John!

SZ: So how long do I was over there for, I went just over there with the guy to see if his clothes stuff and nothing else. I didn't went over there to spend time.

BE: Yeah, you did and you were in and out. Quick.

SZ: It just like--yeah. Two, three minutes it possible. Yeah.

BE: Right. That was quick.

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

File Number: ███████████

SZ: [OV] Yeah, that's it. That's it. Yeah.

BE: So, that was you? You--you visited that chi--that church right?

SZ: But it's--I'm not sure its that--this one you talking about right--

BE: Oh, I know it's the one that I'm talking about. I know that for a fact. I wouldn't be showing up at your door here if I didn't have the f--if I didn't have my facts straight.

SZ: So, then what happen?

BE: What do you mean then what happen?

SZ: What happen? So, let's see if it's--that's--it's a backpack? What happen? Does anybody got hurt?

BE: Nobody got hurt.

SZ: So, what is--

BE: It's just not--it's--it's not, um, usual for people to go into a bathroom, and to just see a backpack strapped to the toilet, right? In this day in age, and how--like crazy the world is, um, that can make--that can make--

SZ: [OV] Maybe--maybe the kids done stuff like this.

BE: Kids? Kids?

SZ: Yes.

BE: Well, there were no kids going in there with backpacks, you were the only one with that backpack going into that church.

SZ: Well, you double--

BE: No.

SZ: Double check with them.

BE: Do you want me to double check?

SZ: Yeah.

**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: ████████████

BE: Do y--you know how I'm gonna double check?

SZ: Yeah.

BE: By sending that backpack to the lab.

SZ: Send it, yeah no problem.

BE: And then it--wh--and so--entertain me here, if that backpack does have your DNA fingerprints, then what?

SZ: So, what? You can--where is it? There's anything is in it? Do you think I'm lying to you?

BE: [OV] I would--

BE: I would rather you tell me the truth! And just be honest with me, about the backpack. I told you nobody got hurt. I--I told you there was nothing inside the backpack that was illegal. Salah, I just wanna make sense of this.

SZ: You know, like to be honest its--it--it--I have one black one, and one in--the this backpack, I don't think so is mine. It's not my backpack. You send it to the lab, go ahead. Yeah.

BE: Okay.

SZ: This is my backpack, right here sir.

BE: And--and--and you're saying that that's not you in the picture?

SZ: That's not my backpack, yeah. That picture it's not so clear to see.

BE: It's not clear to see? And you're saying that's not your shurch [PH]--the--the shirt that--that's--that--that's worn by that individual in that picture, you're saying that that's not you?

SZ: Let's make that picture as clear--and because I don't know what color is it white, is what color the--I never have a shirt like this?

BE: That's not white.

SZ: What color is it? Pink?

28
**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: ███████████

BE: Uh, it's kind of like, yeah, dark pink close to red. I'm not sure.
SZ: Ah-ah-I wear this. I swear, I don't lie to you.

BE: You don't have a co--like uh, one with a collar?

SZ: This is all my clothes right here, you can--you're more than welcome to look at it. Yeah, you want me to bring it you can take a look?

BE: Um, yeah give it to her le--these are the clothes that you took with you?

SZ: Yeah, lets--lets take a look.

JB: Do you mind?

SZ: Yes, sir, yeah.

SZ: Not this one, sir, that black one right there.

JB: [OV] Right here?

SZ: Yes, sir.

BE: But what's in that one?

JB: What's in this?

SZ: It just nothing in it. Just s--

JB: What about this blue one, what's in that?

SZ: This a sleeping bag.

JB: Sleeping bag?

SZ: Yes.

JB: Hang on.

JB: Do you mind, Sal? Can I look through this as well?

SZ: Yeah, go this is some of the stuff that's not went over there.

**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: ███████████

JB: Can I look through it?

SZ: You can go ahead, yeah.

[Background noise; searching bags]

SZ: So, you can go to the mosque and you have a--with backpack, leave your backpack on. And--or you can go get a bag, or its--its nothing in them.

BE: Here. So, that's--that's the picture.

JB: Salah, we wouldn't be here if we didn't have our facts straight. We wouldn't be wasting your time, asking you all these questions about why you were traveling and why you into a church and, you know, about a book bag, if we didn't know.

SZ: [OV] Sir, it's--it's no--it's not mine.

SZ: It's not my backpack. This is all my backpacks here. You're more than welcome to look at it, more than welcome anything you want to take it to DNA, look for anything. There's no reason for me to lie to you guys.

BE: Okay.

SZ: Yeah.

BE: Um--let's tal--

SZ: I am here, I'm not going anywhere [UI]

BE: Okay, let's talk about something else. Um…about a week ago, on the fifteenth, you went to Denver, Colorado.

SZ: Okay.

BE: Why did you leave that out? When I asked you where did you travel, uh--

SZ: Yeah, that's the word I--I--the-the, you see I say K I didn't remember that one. That's the--that's the--the o--the-the--the what's it called, um, the K I said with a K. But you--

BE: You said Texas.

UNCLASSIFIED

File Number: ██████████

SZ: Yeah, I went to Texas. Yeah, I been to, uh, I been to, uh Colorado too, and that's it. Yeah.

BE: So why didn't you say Colorado?

SZ: I didn't have this [UI] to come right away in my mind.

BE: It didn't come right away in your mind?

SZ: Yeah, I--told you I say one more, but I didn't that--get that one.

BE: And what were you doing in Colorado?

SZ: Just going to look for the job stuff, you know. I was thinking to just change over here a little bit. I've been living over here for a long time, I didn't went anywheres. And I say probably I go over there, if I met somebody I can you know, I can open a small shop stuff yeah.

BE: So, you were thinking about opening a small shop in Colorado?

SZ: [OV] If--if yeah, if its mechanical stuff yeah. I seen couple people li-- open a shop. And I'm, to be honest with you, I work for somebodies over there too.

BE: While you were in Colorado?

SZ: Yeah.

BE: What was his--what was this persons name?

SZ: This is the, the guy his name…they call him by Arabic name, is call him Abu Aya.

BE: Abu?

SZ: Aya.

BE: Abu Aya.

SZ: Abu I [PH].

SZ: [OV] Yes. Yes.

BE: But that's not his real name?

UNCLASSIFIED
UNCLASSIFIED

UNCLASSIFIED

File Number: ███████████

SZ: No, this is--it like if you--

BE: [OV] Kunya?

SZ: No, if you father, you have your daughter because daughter--I name, you call--call him Father of I.

BE: Gotcha.

SZ: In Arabic that's what is call him, yeah.

BE: Okay.

SZ: And I went over there, and he was renting a kind of like warehouse. And he make it couple pieces the warehouse, you know like rented to somebody else and somebody park car behind me from in the morning when I got there, respectfully to say that he was Mexican.

BE: Mhm.

SZ: And, I try to go for lunch stuff, he blocked my car and later on he come--we almost to be in fight with the guy and I left because those are like make it this room is very big and in the plywood, he separate once spot somebody once spot somebody yeah. Yeah, I work for Abu I [PH].

BE: For how long?

SZ: Two days.

BE: Did he pay you in cash?

SZ: Well he s--p--supposed to be pay me but he never paid me.

BE: Then why'd you leave?

SZ: I just, you know, I just the way he was doing I was not comfortable.

BE: What was he doing?

SZ: Eh, he just you know life, have more kinda like, take it like religion ways I want to clean nice job, if I see any chook [PH]--any cheat I will leave the place.

**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: ███████████

BE: Oh.
SZ: Yeah.

BE: So, you saw him cheating customers?

SZ: Possible, yeah. Yeah, like, like changing parts from this car to go to this car.

BE: Oh, okay.

SZ: Yeah, you getting what I'm saying?

BE: Yeah, I get what you're saying.

SZ: Yeah.

BE: So, you saw that, you didn't like it, and then…you left.

SZ: [OV] I just left, yeah. To be honest with you, yeah.

BE: And what was the name of the shop?

SZ: Uh, I think it possible I have the address.

BE: Sure.

BE: Do you have Abu Aya's [PH] phone number?

SZ: Possible. Yeah.

BE: Sure.

[Pause]; [00:43:00-00:43:51]

BE: Let's see the hat.

UF: (whispering) Do we have a picture of what was in the backpack?

BE: Um…can you call him, and see if we can get some good um, pictures from the church.

UF: (whispering) It's the Sacramento guy?

**UNCLASSIFIED**
UNCLASSIFIED

UNCLASSIFIED

File Number: ████████████

BE: Yep. From the church in s--like as many pictures, clear pictures as possible.
SZ: I have his number.

BE: It doesn't say Abu, Abu Aya [PH].

SZ: Oh, [UI] sorry.

BE: We need to get you a new phone, Salah. Ha ha ha.

SZ: Sorry.

JB: Rockin' the old school.

SZ: (whispering): Ali then Abu [UI].

BE: Nothing? Let me get you his desk.

UF: [OV] No answer.

JB: Tried calling him earlier [UI].

UF: [UI]

JB: It was what?

UF: It was clean--clear.

JB: Okay.

BE: Um…

JB: [UI] to a disconnected line.

UF: Yeah, disconnected.

JB: Shoot him a quick email. Or I can.

UF: Yeah, he said this is 10-4, this plate comes back to a Scott Miller.

BE: Here can I help you?

UNCLASSIFIED

File Number: ██████████████

SZ: Yes, sir.
BE: Because, I think if we--if we go to your call log--your--do you remember calling him?

SZ: Uhh--

BE: Or did you just save the number?

SZ: I--this the reason--let's go back which one is the--

BE: Uhh, Kai Kamal [PH], who is that?

SZ: This is one of the guy [UI].

BE: Yeah, cause now we're going back to October. So, the only stuff that you have on the fifteenth-- cause you were in Colorado on the--on the fifteenth, right?

SZ: Yes.

BE: So you only talked to three people.

SZ: Yeah, like I say, anywheres I go, I didn't know anybodies like, hey you go to the store [UI] you buy kabob, it just like hey do you know anybody doing mechanic, uhh let's ask this guy and I talk to somebody and somebody else to somebody else that's how I--you know I talk to people to be honest.

[Background noise; phone vibrating]

BE: [OV] Yeah.

BE: So maybe this is, Abu Aya, you just have the name saved--

SZ: No, no, that's--let me take a look again.

BE: Cause seven-oh-two that's--

BE: Hang on, let me take a look.

JB: Seven-oh-two's vegas.

UF: He said he's also sending the Denver images.

UNCLASSIFIED

File Number: ███████████

BE: Okay.
BE: You don't have a lot of numbers saved here.

SZ: Like--like I say, I went just like, you know to hold of somebody. Some--you know, some places I go it just--

JB: Is that a new phone?

SZ: Ah, the phone I have it yeah. That's it.

JB: How long have you had it.

SZ: Ah, probably, a month.

BE: A month?

SZ: More than a month, probably. Yeah.

BE: Literally, or more than a month?

JB: What's the number for that phone?

SZ: Uhh. Let's pull it out over there because it's [UI].

SZ: It's a four-eight-zero, I think some text message, go back to the text message from Verizon send a text message. Okay. Let's see it four-eight-zero, yeah is, the last--keep going down--the, the last four is thirteen thirty-six.

SZ: You see it?

BE: No.

SZ: One more, lep--let me--p--see--p-please let me take a look.

SZ: Four, eight, zero, yeah, four, eight, zero, six, eight, nine, thirty-two, sixty-four. Yeah, that's--that's what it is. This is mine. That's what it is. Come from Verizon. The bill is gotta, I gotta pay too.

BE: Yeah, cause it's showing that--it says that you were unable to receive a text.

SZ: Yeah, that's--that's what happen, I gotta go pay the bill.

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

File Number: ███████████

JB: So, four, eight, zero, six, eight, nine, [UI]

BE: [OV] So, it's--the work--the phone is not working?

SZ: I gotta go pay the bill, yeah. It's gonna--got disconnected.

BE: [OV] Oh, okay…it got disconnected.

BE: Um, so if I call--uh, Abu Aya and I said hey, that Salah was there--was Salah there, did he work for you--

SZ: [OV] Yeah, he knows me.

SZ: Yeah, you're more than welcome to call him, yeah.

BE: Okay.

SZ: Yeah. You, uh, it probably, you know--it probably here. W--somebody--Somebody send me the shop address.

BE: Oh, okay.

SZ: It's somewhere here but, let's see who was it.

SZ: What is number, w--where is it, this one. Somebody--caller I do not want to.

BE: Um, no that's not it.

SZ: Check it, one by--one of them is have the address.

BE: And the address was in Colorado.

SZ: Yeah, it's one of the--one of the text message.

[Background noise]; [00:52:42-00:53:50]

BE: I'm not seeing that, cause-- you have a message from Verizon.

BE: Anyways um, anything else happened in Colorado.

37

**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: ████████████

SZ: It's nothing happen, so trust me.
BE: Did--

SZ: I did--I'm not a bad person. Whatever you thinking i--

BE: [OV] I'm not say--I'm not saying you are Salah, I'm not saying you are a bad person. I just wanna make sense of--of some things and you--like you--you honestly not helping yourself here, because um--

SZ: You want me to something is not belong to me, and you have me say it belong to me?

BE: No. No, I-it--if it doesn't belong to--

SZ: [OV] That--that's--that's what is your word is mean.

BE: If it doesn't belong to you, it doesn't belong to you. But like--here's--here's the--i--what I'm having a hard time with, alright. You are on video going to the church, right? You are on video with a backpack, and then you are on video leaving the church without a backpack, and I have those things--

SZ: Let's see take a look at that video, please.

BE: Here I wanna--

SZ: Yeah.

BE: I don't--my phone doesn't--doesn't work uh, in a way that I can play video.

SZ: It won't uh, well then you go figure it out bring me that video, we can discuss more.

SZ: I'm not going to answer you anything else. That's it because I told you everything you wanna just kinda like say hey, this is not mine that's it. One--one time. You--don't bring it back and say yours, its not mine.

BE: So you--you're that--

SZ: It's not mine.

BE: That's the story you want to--okay.

SZ: [OV] Yeah.

UNCLASSIFIED
UNCLASSIFIED

UNCLASSIFIED

File Number: ███████████

SZ: Send it where it--watch out man, watch out. Ah, ah, you can send it wherevers, I mean you know--

BE: M'kay.

SZ: I'm here, I'm not going anywhere--

BE: Did you go to a church in Colorado.

SZ: Church in Colorado?

BE: Yeah.

SZ: No.

BE: You didn't? You did not go to a church in Colorado?

SZ: [OV] No, I never went to church.

JB: You didn't go to--you didn't walk through a church? You didn't stop by a church?

SZ: It's allowed to--to go to church, or not allowed to?

BE: Oh--oh you're allowed to go to church.

SZ: That's it. This is something you bring it, you kinda like make it big deal, I can go anywheres.

BE: Absolutely, you're free to go anywhere.

SZ: And I go to inside your station.

BE: The police station?

SZ: No, what the--I don't know what--what your name is there.

BE: Yeah.

SZ: FBI whatever. Allowed to--to go just like that. That's it.

BE: [OV] Right….no.

**UNCLASSIFIED**

UNCLASSIFIED

File Number: ████████████

SZ: What about if the--it's allowed to--to you can go to mosque.

BE: Oh, absolutely, yeah.

SZ: Exactly. That's it. You know I can go--

BE: [OV] Yeah. And that's--hey, I don't want you to get upset, I'm--we're just trying to have a conversation here--

SZ: [OV] I just--respectfully sir, respectfully tell you. Before I went to church, some people go to church for pray, huh?

BE: Right.

SZ: You know, I'll say I'll [UI]. I don't wanna say this, I didn't pay attention, almost half-naked.

BE: At the church?

SZ: Short. Respectfully for that sister, fully make out something all the way see over here. Did got want this? No, he doesn't need this, you know but its a lot to go.

BE: Right.

SZ: Nobody's gonna stop and say hey, the church is not gonna accept this, you gotta go dressed completely like old fashioned and come back, eh you know.

BE: Right.

SZ: Yeah, I can go anywhere, I can go to any church I want.

BE: [OV] Yes, you can!

BE: Yeah, I just don't know why you would lie about not going when you actually went.

SZ: [OV] Why do I'm lying about? I'm not lying, yeah.

BE: [OV] I asked you if you went to a church--

SZ: It's any--I have friends. I talk to--I'm a so kind person, I talk to people, I love people, and if tell me, hey are you Muslim, I say yes sir. I say do you go to church, I say do you go, yeah? Do--

UNCLASSIFIED

File Number: ████████████

do you want me go with you? Say welcome to go. Some people sometimes ask--give you card tell you please come.

BE: Yeah, yeah.

JB: All that's fine. All--all we're [UI] is, when you were in Colorado, did you go to a church or not, yes or no.

SZ: [OV] Yeah, I mean seriously, you know what I mean yeah.

SZ: How am I gonna answer anything? That's it because you kinda like, you getting into something I'm not going to answer you anything. This is my personal--

JB: [OV] It's fine if you went.

BE: [OV] Okay. Okay.

BE: So--so, yeah it is your personal thing and again, like I said I didn't want to get you, uh you know, worked up over nothing, but when I say "hey, did you go to a church in Colorado," and you say no, and I ask you again are you sure, and you say no, and then I have you right here--

SZ: [OV] I'm not going answer you--if I've been over hundred times or when no--no t--

BE: That's you.

SZ: This is my hat.

BE: Yeah, this is you.

SZ: Yeah, so what happen over there?

BE: Nothing happened, this is you extending your hand to shake it. Right? Yeah.

SZ: Exactly.

BE: So, I--again, I don't know why you're lying, if you lie to me about you going to the church um an--

SZ: [OV] Act--no, you know what? Because you bring something I never done, you accusing for something, and you want me keep telling you and personal stuff I been doing, I'm not going to tell you.

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

File Number: ████████████

BE: Okay.

SZ: Yeah, I'm not going to. You wanna take me, you can take me I go with you, you know what I mean.

BE: [OV] Oh, I'm not gonna take you. I'm not gonna take you.

SZ: I respect you, to come here, I let you to be in m-my house, search everything, but obviously--

BE: That is--there is very, very, very kind of you--I--I wanna ask you couple more questions is that okay? Is that okay?

SZ: [OV] Yeah, I know. Yes, sir. Go ahead. Go ahead, let's see.

BE: Can I grab this book right here?

SZ: Go--yeah, go ahead welcome to look at it.

SZ: This is in Arabic, it's a Quran, Holy Quran.

BE: Yeah. I hope I'm not disrespecting you by grabbing it.

SZ: [OV] No, do--that's all yours, yeah you can--you can even throw it away, it's not gonna bother me, you know what I mean it's not g--

BE: [OV] Okay.

BE: Oh no, no, no. No, I have far more respect for uh, religions and other people's religious beliefs--

SZ: [OV] Yeah. You see--you see sometime is--I--I learn English just from peoples. Sometimes I get a book in yard sale for twenty-five cents, I bring it, but stuff in a book sometimes is not all truth.

BE: Yeah.

SZ: For example--there's a book right here. Who's that?

BE: I don't know.

**UNCLASSIFIED**

UNCLASSIFIED

File Number: ████████████

SZ: This is a Jesus Christ. Who's that? Some other [UI]. That's according to the book. Who's that that's the father of Jesus?

BE: Hm.

SZ: So man born with no father, and somebody make a father for him, this is in our religion it's called blasphemy, we not go there. We stop, in a certain part, we stop--just like I'm telling if I go to--just like I told you I met somebody say hey come to my church, I go over there shake people's hand--its not allowed to? I can go to any church I--from now on I go to all of them actually.

BE: I mean you're--m--we're--you're free to go.

SZ: [OV] You know what I mean? Come catch me over there. You know what I mean.

BE: [OV] I'm not gonna come catch you anywhere just--if you --if--just know if you do something that's going to call for me to go out there, yo--you--guarantee you I will be out there.

SZ: [OV] I'm not going to do anything.

SZ: Yes, sir it's no problem.

BE: So, I have--I have no reason to be following you going to churches. Right, that's like one of the beauties of this country. Right? Like, there are--people have freedoms. People leave other countries to come here and--and live in--in the freedom. Right? And have those rights to exercise their religion, to exercise freedom of speech, and exercise all these things. Right? Um, now, you go to a church and you leave a backpack and you make people uneasy, that's a problem.

SZ: I--I--I--

BE: Okay, so I'm just gonna leave it at that.

SZ: I don't do stuff like this--

BE: [OV] I know I said--I know I said last two questions, my last question to you, um…Have you ever said, or told anybody, um, that, you know and excuse my language maybe I'm not--uh, "fuck this country" or you expressed hatred towards the United States, you have--

SZ: Are you serious about that?

BE: Yes, I am. I want to clarify this. I wanna hear it from you.

UNCLASSIFIED

File Number: ███████████

SZ: I never said anything like--

[End of Recording]; [01:02:05]

Beginning of Recording]; [00:00:00]

SZ: this.

BE: M'kay.

SZ: We have, more respect for the country, for the law, for everybodies ev--over here, you know. I'm becoming a citizen, not for to being a piece of shit to country, to being kind, nice. Go ask the people that know me over here. If some one person, bring me one person in state of Arizona, say Zimnako he's not a good man, I will tell you absolutely you got everything. Anybody know me go ask.

BE: Okay.

SZ: Anybodies, I never said anything like this, yeah. Yeah, I love the country I have no problem with the country.

BE: Okay, if you--if you were to learn about something that's going to harm this country, would you call us? Would call the police? Would you--

SZ: [OV] Of course. Right--right away. Yes, sir. Yeah, Yes, sir. If I see somebody suspicious, right away I call the police, I--more that that, yeah. I'm not just gonna say hey, I don't care what they do, no, I don't not like that. Yeah, never do anything like this. If I see something wrong, I will let police know right away. Right away. I have a phone it take two minute to call.

BE: Now I--ah--hopefully, can get that turned on, so you can--make that call. If you need to.

SZ: [OV] Yeah, I'm gonna fix up, and shall work, yeah it shall.

SZ: I mean you know, it doesn't, doesn't give me this book just like they're pushing me to take. When I meet people I say hey, I say h--please read this, and I say okay I will go read it. It's a with the picture with all kind of stuff so yeah, and sometime I have a five minute I read it. But I'm not send bad word to person give me.

BE: Yeah, yeah. How does that make you feel, when people--

SZ: It's good you know, I mean, you know i--it's good you know you learn more stuff.

UNCLASSIFIED

UNCLASSIFIED

File Number: ██████████

BE: I--you just ga--like you just gave it-a--a negative feedback you said that that's not okay because they gave him a father, and uh, now you're saying its good, but just I mean look--look, look I'm--I'm very open-minded like I never, um, I never treat people differently because of their beliefs or belief system, or what--what religion, I--I--that's not me, right? Like you don't have to, to kind of work things in--

SZ: Well [UI]--so…

SZ: Follow everybodies--everybodies have different opinion. You know what I mean?

BE: Yeah, yeah, that's true. What I'm tryna say is like you don't have to say things that you think would uh, make me like have some sort of uh, opinion about you.

SZ: I'm not, I'm sorry, I'm not gonna, yeah, no you--you know like I say everybodies have different opinion. I mean you know, like I say--if any places not allowed to go, it can put a security, it can put a lock in it, I'm going over there, I can go to mosque, I've been to mosque over here maybe ten times, you know. I dressed up differently, nobody stop me, nobody say what are you doing over here, you know what I mean?

BE: [OV] Yeah.

BE: [OV] Yeah. Yeah. Right.

SZ: Respectfully, this is all my word given you, you know what I mean?

BE: Okay. Um, I--are you gonna be staying in this address for a while?

SZ: I am here, yes. Yeah, this is my stuff, yeah.

BE: Okay, and you said that you're renting it, right?

SZ: Yes, pretty much, yes.

BE: From--from uh, who are you renting--

SZ: It's--it's this personal.

BE: Okay.

SZ: Yes.

45
**UNCLASSIFIED**

File Number: ████████████

BE: Yeah, I respect that.

SZ: Yeah, it's personal.

BE: Uh, if--if for what--whatever reason I wanted to come talk to you again, is that okay?

SZ: Anytime, you welcome to knock my door, it just--before I open it, you just identified yourself, I open it, I'm not running anywheres, you welcome to look at all my stuff. You welcome to go check all the--my mama's room, this room, this room, refrigerator, everything you can go check, yeah.

BE: [OV] [UI]

BE: Okay.

SZ: I--I don't have nothing to hide. Whatsoevers, yeah.

BE: M'kay. And what do you do for work, right now?

SZ: Well, just like I told you, you know, right now I'm processing to get a job stuff like this. I went apply in Sacramento and nothing is going to--

BE: So, are you certain you gonna move from Arizona or you don't know for sure?

SZ: Ahh, you know, right now I'm between you know the weather is got very cold over there, I don't use to it. I've been living over here for twenty, twenty-four years. I never went anywhere, this is recently. If it work, depends if I get a job, you know. But if it work, I move, yeah.

BE: [OV] Yeah…yeah.

BE: So a job, or even maybe starting your own business? Or just work?

SZ: Well, perhaps first you know, I gotta get a job to, to know around, you know. To get to know more people, you know. And after that possible, yeah.

BE: [OV] Yeah, yeah, yeah.

BE: Okay.

SZ: Yeah. Over here I was, for the while, I was doing mobile mechanic, you know what I mean, but I have a van I was doing mobile mechanic for people. But, this is long time ago.

UNCLASSIFIED

File Number: ▓▓▓▓▓▓▓▓▓▓

BE: Yeah. The last address, uh, you lived out of was in, um, like around 65th and Olive right?

SZ: Yes.

BE: Uh, when--when'd you move outta there?

SZ: Well, that was my mama's house, and uh, she was renting it I believe. And, the person it took it back. And we rent this house and my mom she had that room over there right now. Yeah.

BE: [OV] Gotcha.

SZ: Yeah.

BE: Alright, do you mind if I just take a quick look now?

SZ: You can go, I welcome to look at everything here.

JB: And when did you move out of that last house?

SZ: Uh, the last house, this has been--this almost a year we come here.

JB: Almost a year?

SZ: Yeah, probably year and two, three months. Yeah.

JB: Have you been back to that house recently?

SZ: No.

JB: Not within a year?

SZ: No, I never go back.

JB: Do you have any other cars besides this one?

SZ: Uh, yes.

JB: What other cars do you have?

SZ: Uh, I have one Isuzu [PH].

47
**UNCLASSIFIED**

UNCLASSIFIED

File Number: ███████████

JB: A what?

SZ: Isuzu.

JB: Isuzu.

SZ: Yes.

JB: Where is that car at?

SZ: Uh, the car is somewhere park over there, doesn't run anymore.

JB: Oh okay.

SZ: Yes.

JB: When you say parked over there, like, on this street?

SZ: No like some friends over there.

JB: Who are your friends?

SZ: Uh, one guy I know over here.

JB: Do you know his name?

SZ: Ha…Don't worry about his name, yeah. He just lets me to park if I--if he seen me, um been through this thing, he just gonna say come take the car, you know what I mean.

JB: So, you don't want to tell me his name?

SZ: [OV] No, I'm not gonna tell you, sorry.

JB: No, you're fine.

BE: Alright, Salah. Um, do you have anything else you want to add to us?

SZ: That's--that's--that's all I'm giving you, you know what I mean. Like I say, because, uh respectfully I'm not trying to lie, I'm not trying to, you know, at the--at the same time somebody gonna accuse for little stuff say hey, this is you this is--

**UNCLASSIFIED**
UNCLASSIFIED

File Number: ████████████

BE: Hey, I--I know you saying that that's not you, um, I wasn't there in person, I just looked at the video and the pictures.

SZ: [OV] That--that red one is me.

BE: So, here's the thing, right--i--if you know, like, um, when we do send that stuff to the lab and if it has your DNA and fingerprints, then we're gonna have a different conversation.

SZ: No problem.

BE: Alright? Now, um, if--if I was wrong, you know I'll make it a point. If your DNA is not on that backpack, if your fingerprints are not on that backpack, I'll make it a point that I'll come and I'll shake your hand. And say, Salah, I'm sorry, alright. I'm really sorry for wasting your time and for accusing you. Okay? Because I'm just going based on what I'm looking, based on the tangible evidence. On video. I'm looking at the video, it's you. Going in.

SZ: [OV] [UI]

SZ: You know that one, it's--it's not clear to be honest.

BE: I know it's not clear because it's on my phone, but if--if I was able to bring the laptop here--

SZ: [OV] Yeah, I'm sorry.

SZ: It'd be more clear?

BE:  It would be like a 3-D picture clear.

SZ: And I never shirt like this, usually I completely, I like to do it red. You know what I--

BE: Why--why do you like red?

SZ: I just like it, you know what I mean, I am--my--one of my friends daughter, back home, she like red color and she passed away, I just wear this thing-- love and compassion for her.

BE: Okay.

SZ: Yeah. There's nothing behind this, yeah.

BE: Alright. Okay. Again, um, if there's anything else, I'll--I'll--I'll stop by and see you again.

UNCLASSIFIED

File Number: ███████████

SZ: Good to meet you, you guys, yeah thank you so much, yeah. You welcome to any time you come over here. Thank you, sir and uh--

BE: [OV] Thank you.

JB: Salah--

BE: Here's your ID, I don't wanna walk away with it.

BE: Um--

JB: That's yours?

BE: Your--your gun--don't go for it now, just let us leave. Um, just typically we--

SZ: No, no, I'm not--yeah, that's alright, yeah. No problem, yeah, really appreciate you guys. And uh, uh, anytime you have anything you welcome to come back, knock my door, check it, search it, do anything you need.

BE: Okay.

JB: [OV] M'kay.

SZ: Yes, sir.

BE: Alright.

SZ: Have a good day.

JB: Thank you, Salah.

BE: [OV] Thank you, you too.

[End of Recording: 00:08:39]

UNCLASSIFIED