# Exhibit 2A

File Number: ███████████

██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████

BE: Okay good. Um, have you had any travel, uh recently?

SZ: Travel?

BE: Yeah.

SZ: To where?

BE: Outside of the state Arizona.

SZ: It's uh travel to San Diego.

BE: San Diego.

SZ: Yes.

BE: When?

SZ: Uh, last week.

BE: Okay.

SZ: Yeah.

BE: Why'd you go there?

SZ: I just, to be honest, I was just going to look for a job.

BE: okay.

SZ: Yeah.

BE: Alright. Um, what kind of job were you looking for.

SZ: I will just tried anything to be honest. At the store, at the--just little bit you know, to chance to go to better mood. You know, to chance to the weather, to [UI]

File Number: █████████████

BE: [OV] Okay. Alright.

BE: San Diego is beautiful. I've been there it's really nice.

SZ: Yeah, it's [UI]. Yeah, and uh that's pretty much [UI].

BE: Did--like, did you go apply anywhere?

SZ: Uh, apply for a job?

BE: Yeah.

SZ: Yes, sir. Yeah.

BE: [OV] Where--where'd you apply?

SZ: I apply in uh, a body shop. I went to body shop, I ask him I say I like to do mechanics, you know. Because I know a little bit, you know. And they told me, you can come back. And they--

BE: Do you remember the name of the body shop?

SZ: Uh…

BE: Or where it was? Like--

SZ: It's in El Cajon.

BE: El Cajon. Oh, do you remember like the name of the street or--

SZ: I don't know exactly this street--

BE: How'd you find this body shop?

SZ: I just, you know, I just drove over there and I went couple of. One of them say no problem you can come back, yes.

BE: Okay. And are you planning to go back? To move?

SZ: Uh, I'm seriously, I'd last, like to--to go back over there.

BE: Okay. Okay.

File Number: ███████████

SZ: Yeah.

BE: Um, and then where else? Where else have you been?

SZ: Uh, I've been to Texas.

BE: Okay.

SZ: That's it, yeah.
BE: Anywhere else?

SZ: Uh, Texas, I went one other place…I forgot the name of that one to be honest.

BE: Alright, it's alright. You can tell me the state, if you don't know the town. I mean--

SZ: [OV] Yeah, that's--that's why I did, later than that [UI] the state and uh…[UI]

BE: So what state is San Diego?

SZ: Say--what, like what--what do yo--California.

BE: California, alright. So you went to the state of California and specifically you went to San Diego right?

SZ: [OV] Yeah. Yes. Yes. Yeah.

SZ: Yes, sir. Yeah.

BE: Did you go to any other cities in California other than San Diego before you went to Texas?

SZ: Like, before go to--

BE: Before or like--while you were in the state of California, were--did you visit any other cities other than San Diego? Cause you know, California has a lot of cities.

SZ: Yeah, I went to multo--S-Sacro-Sacromoto--

BE: Sacramento?

SZ: Yes.

File Number: ▮▮▮▮▮▮▮▮▮▮

BE: Okay, you went to Sacramento.

SZ: Yeah, yes.

BE: And what were you doing in Sacramento?

SZ: I just go to, you know, to do the exactly same job because some people say lot of Iraqis over there. You can go--ask and they can give you a job, you know. There is no lie about that, you know, you can you know.

BE [OV] In Sacramento?
SZ: Yeah, yeah I went over there.

BE: Did you find a job in Sacramento by chance?

SZ: Well like I say it's the job, when I went over there I didn't have nobody still. You know, like to go hey chill take a shower get ready stuff like that for next day go look for a job. You know I wouldn't have, I didn't know nobodies, I went to supermarket I ask somebody from somebody--somebody know you, you have a show--go over there and hire and go stop by stop. Yeah.

BE: Okay.

SZ: Yeah. I went to San Diego, Sacramento, and uh, I went to Texas, that's it, yeah.

BE: Okay, um m-d--so you applied at a job in Sacramento?

SZ: [OV] Yep, I apply--I applied for a job, yeah. It was in Sacramento yes, sir.

BE: To--and what kind of job?

SZ: That's what I was telling you, looking to fix cars you know.

BE: Okay, so you went to a mechanic shop in Sacramento?

SZ: [OV] Yes. Yes.

BE: And--and I don't wanna--I don't wanna be putting words in your mouth.

SZ: [OV] It's k--It's kinda like a--like a dealership but its doing mechanic at the same time.

UNCLASSIFIED

File Number: ▮▮▮▮▮▮▮▮

BE: Okay.

SZ: Yeah. You know like buying, selling cars. People uh, buy cars that have little bit problems is have mechanic in the back it can hire me to can do some little bit of repair of the car. Yeah.

BE: [OV] Yeah, yeah.

BE: Gotcha, gotcha. Now um, do you remember the name of the shop?

SZ: I think, you know the--

SZ: You know it's motors, you know, to be honest um…

BE: And who did you speak with?

SZ: I speak with the--with the guy, his name I think Wesaam.

BE: Wesaam?

SZ: Yes.

BE: Was he Middle Eastern?

SZ: Yes, sir.

BE: Where--where was he from?

SZ: Iraqis.

BE: Iraqi?

SZ: Yes.

BE: Do you have Sam's phone number?

SZ: Uhh, Sam's phone number?

BE: It's okay, yeah do you have it?

SZ: I don't have it right in my hand, but it--I went over there direct and he see me face-to-face. Yeah.

**UNCLASSIFIED**

UNCLASSIFIED

File Number: ███████████

BE: Spoke with him face-to-face, but he never--you never took his phone number?

SZ: I think I have his phone number but I just gotta look for it here.

BE: Yeah. Do you have it where, in your phone maybe? Or do you have it written somewhere?

SZ: [OV] Uh, I write it down in somewhere, yeah.

BE: Okay.

BE: Um, and you said that you didn't stay in a hotel or anything like that in Sacramento?

SZ: I didn't went over there for a entire month. You know I just went for couple days and uh--

BE: Where'd you sleep?

SZ: To be honest, I sleep in my car.

BE: Okay.

SZ: Yeah, there's you know that's why you see the breath stuff in there.

BE: Yeah.

SZ: Yeah.

BE: Yeah, that's okay. Um, anything, anything else happened? Either in San Diego--or before we move on, in San Diego what was the name of the guy you spoke with?

SZ: The guy…

BE: Of the shop where you applied in San Diego.

SZ: Oh, the one i--in San Diego?

BE: Yeah.

SZ: Uh, his name Kamal.

BE: Kamal?

File Number: ▮

SZ: Yes.

BE: Okay. Um, now…In San Diego, and also, in Sacramento, did anything out of the usual happen?

SZ: Like what [UI]

BE: Did anything out of the usual happen?

SZ: I didn't get it like--

BE: Okay. So when you were in San Diego--

SZ: Yes.

BE: Um, and when you were in Sacramento, um, do you remember the days that you were in those uh cities by chance? Like--

SZ: Possible two weeks ago.

BE: Two weeks ago? I though you said it was a week ago?

SZ: No like, it gonna be this week, it gonna be two weeks. Yeah.

BE: [OV] Okay, so--when you say two weeks ago, you're talking about last week?

SZ: Last week, yes. Yeah.

BE: [OV] Okay. Or about two weeks ago?

SZ: Yes, sir.