# Exhibit 2B

File Number: █████████

BE: Alright, um, so--I--I hope you don't mind me this, because I'm not um, I treat everybody the same and I fair--I'm fair to everyone. Uh, are you Muslim or Krishna?

SZ: Uh, I'm a Muslim.

BE: Muslim?

SZ: Yes.

BE: Um, Sunni or Shia?

SZ: Uh, I'm Sunni.

BE: Sunni.

SZ: Yes.

BE: Um, and when you were in California did you go--like on Friday, did you go to Jummah by chance?

SZ: I do, yeah.

BE: Oh, you went?

SZ: Yeah, I do, I go to Jummah I go--

BE: Which mosque did you go to?

SZ: Uh, in-in California?

File Number: ███████████

BE: Yeah.

SZ: There's a mosque in El Cajon.

BE: El Cajon.

SZ: Yeah, I don't know whats the exactly the name of but its Kurdish people mostly go over there.

BE: Okay.

SZ: It's right uh, it's right at the Broadway Street and…you pass the Second Street and--Broadway and close it--Broadway and Second Street.

BE: Okay, that's-that-that's close enough because we can--

SZ: [OV] Yeah. Yeah-yeah-yeah.

BE: Um, so Broadway and Second Street there--that's the mosque where you went. For f--Friday.

SZ: [OV] Yes. Yes [UI].

SZ: And uh, I--I--not only Friday, I actually when I were over there in my car I get out in the morning I went pray early in the mornings too.

BE: Okay.

SZ: Yeah.

BE: That's probably a good place to wash and you know.

SZ: You know, w--i--well I ask him first, you know usually mosque they let you t--take a shower but it earl--little bit the rules of the mosque keeper and the imam, they didn't let me. And later on, they say hey you can wash your clothes, I bring a bucket I wash my clothes too. You know, i--if somebody go over there probably can recognize me I--I went over there, you know.

BE: [OV] Okay.

BE: Okay.

SZ: Yeah.