# Exhibit 2C

File Number: ███████

BE: ███████ did you go to a church when you were in Sacramento?

SZ: Me?

BE: Yeah.

SZ: Yeah, I was with a friend. Yeah, we were going to one church.

BE: Who was your friend?

SZ: Uh, one of the guy I met him at the gas station.

BE: What's his name?

SZ: I think his name John.

BE: John?

SZ: Yeah.

BE: John what?

SZ: That just the much I know, yeah.

BE: Now, John uhh, y--you know him?  You just met him?

SZ: I just met him to be honest, yeah.

BE: And why'd you go to the church with him?

SZ: He said he--you can go over there and say okay no problem we can go over there. I have no problem with anybodies to be honest.

BE: Yeah, that's fine. I have no problem with anybody either.

SZ: Yeah. You--whatevers religion people have it doesn't bother me, you know.

BE: Me neither.

File Number: ▮▮▮▮▮▮▮▮▮▮

SZ: Yeah.
BE: Same--same here. Same here. Uh, so why--why'd you go to the church again?

SZ: I just went with him. Yeah, that's it you know. He said he can give you clothes stuff have lot uh like uh charity stuff and I went over there.

BE: Okay.

SZ: Yeah.

BE: Did you get anything?

SZ: To be honest, he said not this week come back next week but I didn't go back.

BE: Who said that?

SZ: That--the John, he ask somebodies yeah.

BE: So, the John you were with asked somebody--

SZ: Ask somebody said there is any clothes because the weather there was cold to be honest, you know no idea. And I didn't have enough stuff and he went over there and they so okay no problem I see you again. You know, but I never see him again.

BE: [OV] Yeah, yeah yeah.

BE: [OV] Okay.

BE: Anything ellse?

SZ: That's it.

BE: Anything else happen at that church?

SZ: Nothing happen. I mean, nothing you know.