# Exhibit 2D

File Number: ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

BE: But right now like, I know you're not telling me the whole truth. About what happened at the church. I need the whole truth.

SZ: [OV] What do you mean? What?

SZ: What happened?

BE: You want me to tell you?

SZ: Yeah.

BE: You sure?

SZ: Yeah.

BE: You don't wanna tell me, you want me to tell you?

SZ: You can say, oh yeah.

BE: You sure about that?

SZ: I'm sure.

BE: I'm giving you a chance to give me your version of what happened…And I just--As long as I haven't said why--

SZ: I don't understand--wh--

BE: You don't understand?

SZ: To be honest, what happened? I want to tell me--

BE: Okay. You showed up with a backpack. Tell me about the backpack. At the church.

17
**UNCLASSIFIED**

File Number: ▮▮▮▮▮▮▮▮▮

SZ: What is the backpack? It's in it. It's my clothes and stuff yeah. There's nothing in a backpack. This is backpack I have, yeah. What happened? Backpack not allowed to carried?

BE: No-no-no-no-no-no-nobody said anything about not--not being allowed to carry a backpack. Um, did you go into the church with a backpack?

SZ: I have a small backpack, yes.

BE: You went to the church with a backpack?

SZ: Yes, yeah.

BE: When you left the church, did you leave the church with the backpack?

SZ: I have my backpack. I didn't left anything.

BE: You didn't leave?

SZ: No.

SZ: Nothing.

BE: Salah…

BE: Take a minute. M-maybe because, you know you've been doing a lot of traveling--

SZ: Sir, I have my backpack right here.

BE: I just, I wanna show you something. Okay.