# Exhibit 2E

File Number: ▮▮▮▮▮▮▮▮▮▮

JB: Salah, this is your--this is your chance t--for us to hear your side of the story. So, if there's anything you're thinking of that you can remember now is the time to say it.

SZ: I don't know, what--what do I say you know I mean--

BE: I'll show you--just--

SZ: [OV] You--

18
**UNCLASSIFIED**

File Number:  ███████████

SZ: This?

BE: Salah. I hope me showing you this picture, would let you know, that I'm not wasting my time.

SZ: I'm not wasting your time.