# Exhibit 2F

File Number: ███████████

BE: Well if--when I have stuff like this, like, again. I just want to understand the things you've done and why. Right? When I ask you "did you go in with a backpack", and you say" yes", and I say "did you leave with a backpack--with a backpack" and you try to play a game words with me--no! Don't--don't do that. Don't do that. Okay?

SZ: [OV] Yeah can you--I'm not p--I'm not playing games sir…

BE: I asked you in the beginning to be honest with you because I want to help you.

SZ: Yes, sir.

BE: Right?

BE: Now, we can either have this conversation as grown adults, and be straight forward with each other, or we can like have a conversation like young children here and I don't want that. I'm not about that. Okay?

SZ: Yes, sir.

BE: Okay. Now, I'm gonna pretend like we just started the conversation about the backpack and what happened in Sacramento. Okay? Salah. Tell me, in detail, please, about your experience at the ch--at the church. What happened there, why you went, all that.

SZ: I just--I just went over there those clothes at the place, you know? Like I said, this guy he told me and that's it.

BE: Okay. Did you go to the church with a backpack?

SZ: What that church?

BE: Yeah, the church in Sacramento. In Roseville, California. Did you go to the church in a backpack--with a backpack on?

SZ: My backpack, yes. Small one, yeah.

File Number: ▮▮▮▮▮▮▮▮▮▮

BE: [OV] Yeah.

BE: Why did you leave the backpack in the bathroom?

SZ: That's not mine, that one.

BE: That's not your backpack?

SZ: That's not my backpack. Show me when I was carrying this.

SZ: I have the blue one and the black one. I think I--I carried the blue one.

BE: You--you didn't say--y--you didn't say just a little bit ago, that-that was your backpack when I showed it to you?

SZ: No-no let's see--let's-let's take a l--

BE: The backpack I showed you, when I showed it to you, you said it was your backpack right?

SZ: Yes.

BE: Okay. So, a backpack that you recognized and you said it's your backpack, it's somewhere else. But then you're--you're saying--

SZ: So, I don't have nothing to hide it from you.

BE: Yeah. Just it's-it's--

SZ: I'm not a bad person. I've never done anything in my entire life--

BE: I'm not saying you are. I'm not saying you are. But I need to figure this out. I need try and send your reason behind doing this.

SZ: Doing what?

BE: M'kay. Is this your backpack, or no?

SZ: This backpack? That's not my backpack.

BE: Is that--like that's how you wanna leave this?

20
**UNCLASSIFIED**

File Number: ▮▮▮▮▮▮▮▮▮

SZ: You know let me ta--take a look again.

BE: [OV] Yeah, please take another look.