# Exhibit 2G

File Number: ▮▮▮▮▮▮▮▮▮▮

SZ: You know what to be honest, I can't s--tell this one.

BE: Oh no, its because--you know you can actually zoom in.

SZ: This is not mine. I'm telling you.

BE: I don't understand why you would th--

BE: This is what you were wearing when you went to the church, right?

BE: Don't think that you can fool me, because it's not as clear, like as a 3-D clear picture here, because I have the video. Okay, so y--if you see this, this means this is--there's video. Okay? Now, Salah--hold on--ah, ah--

SZ: So maybe there's ten people look like me.

BE: Ten people that look like you?

SZ: Possible.

BE: Really?

SZ: I'm not sure, I possible.

BE: I'm not sure either. But what I'm sure of, is that this is you. That's I'm--that's what I'm sure of. I'm sure of that. And you know what else I'm sure of? Is that backpack, is yours. And I don't know why you trying to hide that or you try--

SZ: So why do I'm lying to you?

BE: I don't know.