# Exhibit 2H

UNCLASSIFIED

File Number: ███████████

███████████████████████████████

BE: ███████████████████████Um, like I told you in the beginning, you could help your situation a whole lot, a whole lot. If you can explain to me, the circumstances that led you to leave a backpack in a church bathroom.

JB: Help us understand.

**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: █████████████

SZ: Sir.
BE: Hm?

SZ: I never do anything like this. Never. Doesn't matter is-s small big whatever you name it. I don't do stuff like this.

BE: You don't do stuff like this?

SZ: Nothin. Nothing.

BE: So, you're saying that's not your backpack? When, first you said it was your backpack?

SZ: I never said that, go back to the record.

BE: Okay, I will--I will do that.

SZ: Yeah, we can listen to it right now.

BE: So, you're saying it's not your backpack.

SZ: It--that's not mine.

BE: That's not your backpack?

SZ: No.

BE: Now just entertain me here, if I go the extent of sending that backpack to the FBI lab, okay? Now, the lab would analyze the backpack and take fingerprints and DNA.

SZ: No problem.

BE: And we come back that your fingerprints and your DNA are in that backpack. Then, then what?  Like what are you gonna say?

SZ: [OV] I--

SZ: You can do it. Yeah, I'm here. Anytimes.

BE: And if your DNA's on--is on that--that backpack like what--what--what do you think your explanation is going to be?

**UNCLASSIFIED**

UNCLASSIFIED

UNCLASSIFIED

File Number: ██████████

SZ: So, what is in the backpack?
BE: There was nothing in the backpack.

SZ: So, what? Why do I have to be responsible for something is never in?

BE: Because, if it's your backpack I wanna understand why would you do something like that?

BE: Haley, can you please take this and just tell him that we're in the middle of uh--

SZ: I don't do stuff like this sir. You can send it to anywheres.

BE: So um, here's the thing. Here's w--like--I just want you to understand something. You denying and saying no that's not my backpack, no that's not me, could be ten guys that look like me--it like--

SZ: I--I told you every little word I'm-- I have to--I've done over there.

BE: I know, I know, but, like you denying like this is not me, this is not my backpack, when I know--like I would--I wouldn't be good at what I--

SZ: [OV] No I didn't deny it, yeah I said, just like it's the picture is not so clear to be recognized to be honest.

BE: Okay.

SZ: Yeah.

BE: So you--you're--now you're saying that that's you?

SZ: No, just it's a--let's take a look at again yeah. Let's take a look at again.

BE: Take a look at which one do you wanna look at?

SZ: The one you just show me the picture of.

BE: Of you, or of the backpack?

SZ: Let's see me. Let's see

SZ: I wear red's, al--all--all days over there.

**UNCLASSIFIED**

UNCLASSIFIED