# Exhibit 2I

File Number: ███████████

[pause]; [00:31:00-00:31:29]
SZ: It me?

BE: This is you.

SZ: Possible.

BE: Hm?

SZ: I never wear shirt like this.

BE: (laughs)

SZ: Seriously. Ah its kinda like photoshop stuff that's what.

BE: Photoshop!? C'mon, Salah. C'mon.

SZ: [OV] Shot whatever.

BE: Are you serious? Do you think I'm gonna waste your time and waste my time here to photoshop a picture?

SZ: [OV] I—I--. No, let's go, let's go. Take me to jail, whatever you have take me over there. Appreciate it.