# Exhibit 2J

UNCLASSIFIED

File Number: ███████████

BE: [OV] Yes.

BE: Yeah, it's—million people can do that, but only one person that looks like you, only one person can go in with a backpack and leave without a backpack. And only one person can be seen on video surveillance going into the bathroom area, with a backpack, and then leaving without a backpack.

SZ: [OV] [UI].

BE: You see, I would've respected like—the-the-the-the explanation of "I was tired, I don't know what I was thinking, I for—I didn't realize that I forgot my backpack in there, I went to use the bathroom"—

SZ: You know to be honest, it's—it like I say is, I have that blue one right in that—that in this one. And a black one and, but the black one I don't know what I can put it, ah you know.  But this backpack is not mine.

BE: This backpack is not yours?

SZ: That's not mine. It's not mine.

BE: What about the person in the picture? The person in the picture, can we agree that that's you?

UNCLASSIFIED

UNCLASSIFIED