# Exhibit 2K

UNCLASSIFIED

File Number:



SZ: I can't say.

BE: You can't say? Y-you s--you admitted to being in that church right!

SZ: Uh, it's-it's-it's o--

BE: You and the John!

SZ: So how long do I was over there for, I went just over there with the guy to see if his clothes stuff and nothing else. I didn't went over there to spend time.

BE: Yeah, you did and you were in and out. Quick.

SZ: It just like--yeah. Two, three minutes it possible. Yeah.

BE: Right. That was quick.

**UNCLASSIFIED**
UNCLASSIFIED

File Number: ██████████████

SZ: [OV] Yeah, that's it. That's it. Yeah.
BE: So, that was you? You--you visited that chi--that church right?

SZ: But it's--I'm not sure its that--this one you talking about right--

BE: Oh, I know it's the one that I'm talking about. I know that for a fact. I wouldn't be showing up at your door here if I didn't have the f--if I didn't have my facts straight.

SZ: So, then what happen?

BE: What do you mean then what happen?

SZ: What happen? So, let's see if it's--that's--it's a backpack? What happen? Does anybody got hurt?

BE: Nobody got hurt.

SZ: So, what is--

BE: It's just not--it's--it's not, um, usual for people to go into a bathroom, and to just see a backpack strapped to the toilet, right? ████████████████████████████████
████████████████████████████████

██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████