# Exhibit 2L

File Number: ▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ In this day in age, and how--like crazy the world is, um, that can make--that can make--

SZ: [OV] Maybe--maybe the kids done stuff like this.

BE: Kids? Kids?

SZ: Yes.

BE: Well, there were no kids going in there with backpacks, you were the only one with that backpack going into that church.

SZ: Well, you double--

BE: No.

SZ: Double check with them.

BE: Do you want me to double check?

SZ: Yeah.

File Number: ▮▮▮▮▮▮▮▮▮▮

BE: Do y--you know how I'm gonna double check?

SZ: Yeah.

BE: By sending that backpack to the lab.

SZ: Send it, yeah no problem.

BE: And then it--wh--and so--entertain me here, if that backpack does have your DNA fingerprints, then what?

SZ: So, what? You can--where is it? There's anything is in it? Do you think I'm lying to you?

BE: [OV] I would--

BE: I would rather you tell me the truth! And just be honest with me, about the backpack. I told you nobody got hurt. I--I told you there was nothing inside the backpack that was illegal. Salah, I just wanna make sense of this.

SZ: You know, like to be honest its--it--it--I have one black one, and one in--the this backpack, I don't think so is mine. It's not my backpack. You send it to the lab, go ahead. Yeah.