# Exhibit 2M

UNCLASSIFIED

File Number: ███████████

BE: Okay, let's talk about something else. Um…about a week ago, on the fifteenth, you went to Denver, Colorado.

SZ: Okay.

BE: Why did you leave that out? When I asked you where did you travel, uh--

SZ: Yeah, that's the word I--I--the-the, you see I say K I didn't remember that one. That's the-- that's the--the o--the-the--the what's it called, um, the K I said with a K. But you--

BE: You said Texas.

**UNCLASSIFIED**

UNCLASSIFIED

File Number: ███████████

SZ: Yeah, I went to Texas. Yeah, I been to, uh, I been to, uh Colorado too, and that's it. Yeah.

BE: So why didn't you say Colorado?

SZ: I didn't have this [UI] to come right away in my mind.

BE: It didn't come right away in your mind?

SZ: Yeah, I--told you I say one more, but I didn't that--get that one.

BE: And what were you doing in Colorado?

SZ: Just going to look for the job stuff, you know. I was thinking to just change over here a little bit. I've been living over here for a long time, I didn't went anywheres. And I say probably I go over there, if I met somebody I can you know, I can open a small shop stuff yeah.

BE: So, you were thinking about opening a small shop in Colorado?

SZ: [OV] If--if yeah, if its mechanical stuff yeah. I seen couple people li-- open a shop. And I'm, to be honest with you, I work for somebodies over there too.

BE: While you were in Colorado?

SZ: Yeah.

BE: What was his--what was this persons name?

SZ: This is the, the guy his name…they call him by Arabic name, is call him Abu Aya.

BE: Abu?

SZ: Aya.

BE: Abu Aya.

SZ: Abu I [PH].

SZ: [OV] Yes. Yes.

BE: But that's not his real name?

31
**UNCLASSIFIED**

UNCLASSIFIED

File Number: ████████████

SZ: No, this is--it like if you--

BE: [OV] Kunya?

SZ: No, if you father, you have your daughter because daughter--I name, you call--call him Father of I.

BE: Gotcha.

SZ: In Arabic that's what is call him, yeah.

BE: Okay.

SZ: And I went over there, and he was renting a kind of like warehouse. And he make it couple pieces the warehouse, you know like rented to somebody else and somebody park car behind me from in the morning when I got there, respectfully to say that he was Mexican.

BE: Mhm.

SZ: And, I try to go for lunch stuff, he blocked my car and later on he come--we almost to be in fight with the guy and I left because those are like make it this room is very big and in the plywood, he separate once spot somebody once spot somebody yeah. Yeah, I work for Abu I [PH].

BE: For how long?

SZ: Two days.

BE: Did he pay you in cash?

SZ: Well he s--p--supposed to be pay me but he never paid me.

BE: Then why'd you leave?

SZ: I just, you know, I just the way he was doing I was not comfortable.

BE: What was he doing?

SZ: Eh, he just you know life, have more kinda like, take it like religion ways I want to clean nice job, if I see any chook [PH]--any cheat I will leave the place.

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

File Number: ███████████

BE: Oh.
SZ: Yeah.

BE: So, you saw him cheating customers?

SZ: Possible, yeah. Yeah, like, like changing parts from this car to go to this car.

BE: Oh, okay.

SZ: Yeah, you getting what I'm saying?

BE: Yeah, I get what you're saying.

SZ: Yeah.

BE: So, you saw that, you didn't like it, and then…you left.

SZ: [OV] I just left, yeah. To be honest with you, yeah.

33
**UNCLASSIFIED**