# Exhibit 2N

File Number: ███████████

█████████████████████████████████
█████████████████████████████████
█████████████████████████████████
█████████████████████████████████
█████████████████████████████████
█████████████████████████████████

BE: Anyways um, anything else happened in Colorado.

File Number: ▮▮▮▮▮▮▮▮▮▮

SZ: It's nothing happen, so trust me.
▮▮▮▮▮▮