# Exhibit 2O

File Number: ███████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

BE: Did you go to a church in Colorado.

SZ: Church in Colorado?

BE: Yeah.

SZ: No.

BE: You didn't? You did not go to a church in Colorado?

SZ: [OV] No, I never went to church.

JB: You didn't go to--you didn't walk through a church? You didn't stop by a church?

SZ: It's allowed to--to go to church, or not allowed to?

BE: Oh--oh you're allowed to go to church.

SZ: That's it. This is something you bring it, you kinda like make it big deal, I can go anywheres.

BE: Absolutely, you're free to go anywhere.

SZ: And I go to inside your station.

BE: The police station?

SZ: No, what the--I don't know what--what your name is there.

BE: Yeah.

SZ: FBI whatever. Allowed to--to go just like that. That's it.

BE: [OV] Right….no.

File Number: ███████████

SZ: What about if the--it's allowed to--to you can go to mosque.

BE: Oh, absolutely, yeah.

SZ: Exactly. That's it. You know I can go--

BE: [OV] Yeah. And that's--hey, I don't want you to get upset, I'm--we're just trying to have a conversation here--

SZ: [OV] I just--respectfully sir, respectfully tell you. Before I went to church, some people go to church for pray, huh?

BE: Right.

SZ: You know, I'll say I'll [UI]. I don't wanna say this, I didn't pay attention, almost half-naked.

BE: At the church?

SZ: Short. Respectfully for that sister, fully make out something all the way see over here. Did got want this? No, he doesn't need this, you know but its a lot to go.

BE: Right.

SZ: Nobody's gonna stop and say hey, the church is not gonna accept this, you gotta go dressed completely like old fashioned and come back, eh you know.

BE: Right.