# Exhibit 2P

File Number: ███████████

SZ: Yeah, I can go anywhere, I can go to any church I want.

BE: [OV] Yes, you can!

BE: Yeah, I just don't know why you would lie about not going when you actually went.

SZ: [OV] Why do I'm lying about? I'm not lying, yeah.

BE: [OV] I asked you if you went to a church--

SZ: It's any--I have friends. I talk to--I'm a so kind person, I talk to people, I love people, and if tell me, hey are you Muslim, I say yes sir. I say do you go to church, I say do you go, yeah? Do--

File Number:

do you want me go with you? Say welcome to go. Some people sometimes ask--give you card tell you please come.

BE: Yeah, yeah.

JB: All that's fine. All--all we're [UI] is, when you were in Colorado, did you go to a church or not, yes or no.

SZ: [OV] Yeah, I mean seriously, you know what I mean yeah.

SZ: How am I gonna answer anything? That's it because you kinda like, you getting into something I'm not going to answer you anything. This is my personal--

JB: [OV] It's fine if you went.

BE: [OV] Okay. Okay.

BE: So--so, yeah it is your personal thing and again, like I said I didn't want to get you, uh you know, worked up over nothing, but when I say "hey, did you go to a church in Colorado," and you say no, and I ask you again are you sure, and you say no, and then I have you right here--

SZ: [OV] I'm not going answer you--if I've been over hundred times or when no--no t--

BE: That's you.

