# Exhibit 2Q

File Number: ███████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

SZ: This is my hat.

BE: Yeah, this is you.

███████████████████████████████████████
███████████████████████████████████████