# Exhibit 2R

File Number: ▮▮▮▮▮▮▮▮▮▮

[REDACTED]

BE: Can I grab this book right here?

SZ: Go--yeah, go ahead welcome to look at it.

SZ: This is in Arabic, it's a Quran, Holy Quran.

BE: Yeah. I hope I'm not disrespecting you by grabbing it.

SZ: [OV] No, do--that's all yours, yeah you can--you can even throw it away, it's not gonna bother me, you know what I mean it's not g--

BE: [OV] Okay.

BE: Oh no, no, no. No, I have far more respect for uh, religions and other people's religious beliefs--

SZ: [OV] Yeah. You see--you see sometime is--I--I learn English just from peoples. Sometimes I get a book in yard sale for twenty-five cents, I bring it, but stuff in a book sometimes is not all truth.

BE: Yeah.

SZ: For example--there's a book right here. Who's that?

BE: I don't know.

File Number: █████████████

SZ: This is a Jesus Christ. Who's that? Some other [UI]. That's according to the book. Who's that that's the father of Jesus?

BE: Hm.

SZ: So man born with no father, and somebody make a father for him, this is in our religion it's called blasphemy, ███████████████████████████████████████████████████