# Exhibit 2S

File Number:

BE: So, I have--I have no reason to be following you going to churches. Right, that's like one of the beauties of this country. Right? Like, there are--people have freedoms. People leave other countries to come here and--and live in--in the freedom. Right? And have those rights to exercise their religion, to exercise freedom of speech, and exercise all these things. Right? Um, now, you go to a church and you leave a backpack and you make people uneasy, that's a problem.

SZ: I--I--I--

BE: Okay, so I'm just gonna leave it at that.

SZ: I don't do stuff like this--