# Exhibit 2T

File Number: █████████

██████████████████████████████████████████

BE: ████████████████████████████████████████…Have you ever said, or told anybody, um, that, you know and excuse my language maybe I'm not--uh, "fuck this country" or you expressed hatred towards the United States, you have--

SZ: Are you serious about that?

BE: Yes, I am. I want to clarify this. I wanna hear it from you.

43
**UNCLASSIFIED**

File Number: ▮▮▮▮▮▮▮▮

SZ: I never said anything like--

[End of Recording]; [01:02:05]