**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE DENA M. COGGINS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-00043-DC |
| Plaintiff, | |
| v. | **MINUTES** |
| ZIMNAKO SALAH, | Date: March 18, 2025 |
| | Deputy Clerk: C. Schultz |
| Defendant. | Court Reporter: Kimberly Bennett |

**Counsel for the United States of America**:
Christopher Perras, Special Litigation Counsel
Sarah Howard, Trial Attorney
Shea Kenny, Assistant U.S. Attorney
(Assisted by Paralegals, Kisa Osborn and Nina Baker)

**Counsel for the Defendant**:
Michael Heumann, Appointed Counsel

**JURY TRIAL (Day 2)**:

8:55 a.m.  All parties present as noted above. The Government's Case Agent, Danielle Hines, present. Defendant present, in custody. Outside the presence of the Jury, the court and counsel discussed Defendant's Motion to Refer to Facts from Defendant's Anticipated Testimony. After careful consideration of the parties' comments, the court granted the motion. The court and counsel also discussed other matters related to trial.

9:10 a.m.  Jury present. Mr. Perras presented the Government's opening statements.

9:30 a.m.  Mr. Heumann presented the Defendant's opening statements.

| | |
|---|---|
| 9:40 a.m. | Jury excused for a morning break. Outside the presence of the Jury, the court and counsel discussed an issue related to the Government's first witness. |
| 9:50 a.m. | All parties excused for a morning break. |
| 9:55 a.m. | Court back in session. All parties present. Jury present. The Government's witness, Jared Wickliff, sworn and testified on direct. Examination conducted by Mr. Perras. |
| 10:20 a.m. | Cross examination began. |
| 10:25 a.m. | Redirect examination began. Examination conducted by Perras. |
| 10:28 a.m. | Recross examination began. |
| 10:30 a.m. | Witness excused. Government's witness, Jeremy Drew, sworn and testified on direct. Examination conducted by Mr. Perras. |
| 11:30 a.m. | Jury excused for another morning break. All parties excused for another morning break. |
| 12:00 p.m. | Court back in session. All parties present. Jury present. Direct examination of the Government's witness, Jeremy Drew, continued. Examination conducted by Mr. Perras. |
| 12:15 p.m. | Cross examination began. |
| 12:29 p.m. | Redirect examination began. Examination conducted by Perras. |
| 12:30 p.m. | Witness excused. Government's witness, Katherine McIntosh, sworn and testified on direct. Examination conducted by Ms. Howard. |
| 12:55 p.m. | Cross examination began. |
| 1:00 p.m. | Witness excused. Jury excused for an afternoon break. All parties excused for an afternoon break. |
| 1:05 p.m. | Court back in session. All parties present. Outside the presence of the Jury, the court and counsel discussed a matter related to trial. |
| 1:06 p.m. | Jury present. Government's witness, Kyle Mallatt, sworn and testified on direct. Examination conducted by Mr. Perras. |

```
2:00 p.m.   The court admonished and excused the jury until
            9:00 a.m. on March 19, 2025.  Outside the presence
            of the jury, the court and counsel discussed
            matters related to trial.
2:05 p.m.   All parties excused for evening recess. Jury Trial
            (Day 3) set for March 19, 2025, at 9:00 a.m.
```

**ADMITTED EXHIBITS:**

1A through 1G, 2C, 3A, 5, 6, 9, 10, 11, 12, 13A through 13C,

14A through 14F, 15, 16A through 16D, 17, and 41A through 41M

**TIME IN COURT:** 4 Hours, 30 Minutes