FILED

APR 03 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZIMNAKO SALAH,<br><br>　　　　　Defendant. | No.  2:24-cr-00043-DC-1<br><br>VERDICT FORM |

VERDICT FORM

1. With respect to Count 1 of the Indictment, which charges Defendant Zimnako Salah with making a hoax bomb threat, in violation of Section 1038 of Title 18 of the United States Code, we, the Jury, unanimously find the Defendant:

____ Not Guilty

__X__ Guilty

2. With respect to Count 2 of the Indictment, which charges Defendant Zimnako Salah with obstructing, or attempting to obstruct, the free exercise of religion, in violation of Section 247 of Title 18 of the United States Code, we, the Jury, unanimously find the Defendant:

____ Not Guilty

__X__ Guilty

If you find Guilty on Question 2, then answer Questions 3 and 4:

3. With respect to Special Finding No. 1, we, the Jury, unanimously find that Defendant Zimnako Salah's conduct involved the threatened use of a dangerous weapon or explosives:

____ Yes

__X__ No

4. With respect to Special Finding No. 2, we, the Jury, unanimously find that Defendant Zimnako Salah intentionally selected the attendees or congregants of the church referenced in Count Two because of their actual or perceived religion:

__X__ Yes

____ No

04/03/25
DATED

FOREPERSON

2