LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
ZIMNAKO SALAH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00043-DC |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ZIMNAKO SALAH | DATE: September 26, 2025
TIME: 9:00 a.m.
COURT: Hon. Dena Coggins |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for sentencing on September 26, 2025.

2. By this stipulation, defendant now moves to continue the sentencing date and reset the matter on October 31, 2025, at 9:00 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

 a) Counsel for defendant desires additional time to consult with their client, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, and to otherwise prepare for the hearing.

 b) Counsel for defendant believes that the continuance will allow for additional mitigation to be presented at sentencing, and to complete the process of preparing a probation report for the court's consideration. Mr. Salah was interviewed by probation today, September 5, 2025, at the Nevada County Jail.

 c) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

    d)     The government does not object to the continuance.

4.     The parties further request that the Court adopt the following updated PSR disclosure schedule:

    a)     Draft PSR due: September 19, 2025

    b)     Informal objections due: October 3, 2025

    c)     Final PSR due: October 10, 2025

    d)     Formal Objections/Corrections to the PSR due: October 17, 2025.

    e)     Reply or statement of non-opposition due: October 24, 2025

5.     The assigned U.S. Probation Officer, Steven Davis, has no objection to this request and is available on October 31, 2025 for judgement and sentencing.

IT IS SO STIPULATED.

Dated: September 5, 2025          ERIC GRANT
                                               United States Attorney

                                               /s/ SHEA KENNY
                                               SHEA KENNY
                                               Assistant United States Attorney

Dated: September 5, 2025          /s/ MICHAEL HEUMANN
                                               MICHAEL HEUMANN
                                               Counsel for Defendant
                                               ZIMNAKO SALAH

**ORDER**

The court, having received, read and considered the parties' stipulation, and good cause appearing therefrom, GRANTS the parties' request to continue, but not to the date requested. Accordingly, the Sentencing Hearing scheduled for September 26, 2025, is VACATED and RESET for November 7, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than September 19, 2025; the parties' informal objections shall be delivered to the Probation Officer no later than October 3, 2025; the final Report shall be submitted no later than October 10, 2025; Formal Objections or any Motion for Correction shall be submitted no later than October 17, 2025; and Reply, or Statement of Non-Opposition shall be submitted no later than October 24, 2025.

IT IS SO ORDERED.

Dated:  **September 10, 2025**

Dena Coggins
United States District Judge